AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CHAD HOGAN

V.

City of Montgomery, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)
City of Montgomery
103 N. Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                 8/3/05

CLERK                                            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CHAD HOGAN

V.

City of Montgomery, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _____

TO: (Name and address of defendant)
Lieutenant Ronald Cook
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

DATE  8/3/05

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CHAD HOGAN

V.

City of Montgomery, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)
Lieutenant William Caulfield
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE  8/3/05

# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    ALABAMA

CHAD HOGAN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

City of Montgomery, et al.

TO: (Name and address of defendant)
Canine Officer J.M. Gordon
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE   8/3/05

# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF    ALABAMA

CHAD HOGAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _____

V.

City of Montgomery, et al.

TO: (Name and address of defendant)
Major J. C. West
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              8/3/05

CLERK                                          DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE        DISTRICT OF    ALABAMA

CHAD HOGAN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

City of Montgomery, et al.

TO: (Name and address of defendant)
Chief Art Baylor
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                8/3/05
CLERK                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                     DISTRICT OF     ALABAMA

CHAD HOGAN

V.

City of Montgomery, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)
Anthony Arnaud
c/o Arnaud Quality Meats
425 NE Blvd.
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
P.O. Box 5059
Montgomery, Alabama 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*              8/3/05

CLERK                           DATE

(BY) DEPUTY CLERK