**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Arnaud
   c/o Arnaud Quality Meats
   425 NE Blvd.
   Montgomery, AL 36117

   05-687

2. Article Number (Copy from:

   7003 0500 0000 1377 6283

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Tony Arnaud
B. Date of Delivery: 8-5-05
C. Signature: X Tony Arnaud
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952