**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Montgomery
Montgomery Police Department
Ripley Street
omery, AL 36104

S&C  05 cv 687

2. Article Number (Copy from service label)
7003 0500 0000 1377 6290

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: 8-5-05

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lieutenant Ronald Cook
City of Montgomery Police Department
320 N. Ripley Street
Montgomery, AL 36104

S&C 05-687

2. Article Number (Copy from service label)
7003 0500 0000 1377 6344

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: 8-5-05

C. Signature
X _____   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Wm. Caulfield

utenant William Caulfield
y of Montgomery Police Department
0 N. Ripley Street
ntgomery, AL 36104

S&C 05-687

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: 3-5-05

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Copy from service label): 7003 0500 0000 1377 6337

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery: 8-5-05<br>C. Signature: X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to: Canine Officer Gordon<br><br>.||||....|.|.||..|<br>ıfficer J.M. Gordon<br>ɔntgomery Police Department<br>ipley Street<br>ıery, AL 36104<br><br>54C  05-687 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Copy from service label) | 7003 0500 0000 1377 6313 |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2 and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery 8-5-05<br>C. Signature X _[signature]_  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to: Major J.C. West<br><br>C. West<br>ontgomery Police Department<br>ipley Street<br>ery, AL 36104<br><br>S&C 05-687 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☒ Yes |
| 2. Article Number *(Copy from service label)* | 7003 0500 0000 1377 6306 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery: 8-5-05<br>C. Signature<br>X _(signature)_    ☐ Agent   ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: Chief Art Baxter<br><br>·|||....|..|.||..|<br>Baylor<br>ntgomery Police Department<br>ɔley Street<br>ery, AL 36104<br><br>S&C 05-687 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☒ Yes |
| 2. Article Number *(Copy from service label)* | 7003 0500 0000 1377 6320 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952