IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:. 2:05CV687 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MONTGOMERY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## OBJECTION OF ASSIGNMENT TO MAGISTRATE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE

**COME NOW** Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer J.M. Gordon ("Gordon"), and hereby enter their objection to the assignment of this case to a United States Magistrate. The Defendants further request that the case be reassigned to a United States District Judge.

Respectfully Submitted,


/s/ Christopher K. Whitehead
**H. LEWIS GILLIS**
**CHRISTOPHER K. WHITEHEAD**
**RAMADANAH M. SALAAM**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 25th day of August, 2005.

| | |
|---|---|
| Jay Lewis, Esq.<br>Keith Anderson Nelms, Esq.<br>**Law Offices of Jay Lewis, LLC**<br>P.O. Box 5059<br>Montgomery, AL 36103-5059<br>334-263-7733<br>Fax: 334-832-4390 | James G. Bodin, Jr., Esq.<br>**McPhillips, Shinbaum L.L.P.**<br>P.O. Box 64<br>Montgomery, AL 36101-0064<br>(334) 262-1911<br>(334) 263-2321 |
| Walter Byars, Esq.<br>Kimberly O. Fehl, Esq.<br>**Montgomery City Attorney's Office**<br>P.O. Box 1111<br>Montgomery, AL 36101-1111<br>334-241-2050<br>Fax: 334-241-2310 | /s/ Christopher K. Whitehead<br>**OF COUNSEL** |