**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 26, 2005

NOTICE OF REASSIGNMENT

Re:  Chad Hogan vs. City of Montgomery, et al.
     Civil Action No.  2:05cv687

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:05cv687-T.  This new case number should be used on all future correspondence and pleadings in this action.