# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **CHAD HOGAN,** | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 2:05-cv-687-MHT-VPM |
| | * |
| **CITY OF MONTGOMERY, et al.,** | * |
| **Defendants.** | * |

## APPLICATION FOR DEFAULT JUDGMENT

COMES now the plaintiff Chad Hogan respectfully submitting this application for default judgment stating as follows:

1. The Summons and Complaint was filed July 27, 2005 as to the defendant Anthony Arnaud.

2. The Summons and Complaint issued on August 3, 2005 as to the defendant Anthony Arnaud.

3. The defendant Anthony Arnaud received and signed for the Summons and Complaint on August 5, 2005.

4. The Answer to Complaint by Anthony Arnaud was due August 25, 2005.

5. The defendant Anthony Arnaud has not answered the complaint against him. The defendant Anthony Arnaud has not responded to the complaint against him with any motion or request for extension of time.

6. At the time of the filing of this application more than fourteen days have passed since the answer was due.

7. The damages in this cause are unliquidated.

The above considered, the plaintiff respectfully requests that Default Judgment be entered

against the defendant Anthony Arnaud as to issues of liability. Further, the plaintiff respectfully requests that this matter be heard before a trier of fact for purposes of determining the value of damages.

RESPECTFULLY submitted this the _8_ day of September, 2005.

> s/ANDY NELMS
> K. ANDERSON NELMS (NEL022)
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this_8th_ day of September, 2005.

Christopher Whitehead
Lewis Gillis
Ramadanah Maryum Salaam
P.O. Drawer 5058
Montgomery, AL 361035058

Kim O. Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

 

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K