**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**CHAD HOGAN**                                  *

     **Plaintiff,**                         *

**v.**                                                            **Case# 2:05CV687- MHT**

                                 *

**CITY OF MONTGOMERY,**                    *
**ANTHONY ARNAUD, et al.**

     **Defendants,**

**LIMITED NOTICE OF APPEARANCE**

COMES NOW the undersigned counsel James G. Bodin of the law firm of McPhillips, Shinbaum, L.L.P., and hereby gives notice to this Court and all attorneys of record the entering of the limited appearance for Defendant Anthony Arnaud in the above-styled case.

Respectfully submitted this 12th day of September, 2005.

**OF COUNSEL:**

**MCPHILLIPS, SHINBAUM, L.L.P.**
516 South Perry Street
P. O. Box 64
Montgomery, Alabama 36101-0064
(334) 262-1911-Phone
(334) 263-2321-Fax                        /s/ James G. Bodin
                                          JAMES G. BODIN (BOD005)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing a copy same in the US Mail postage prepaid on this the 12th day of September, 2005.

Anderson Nelms, Esq.
Law Office of Jay Lewis, LLC
P. O. Box 5059
Montgomery, Alabama 36103-5059

Kimberly O. Fehl, Esq.
Montgomery City Attorney's Office
P. O. Box 1111
Montgomery, Alabama 36101-1111

Christopher Whitehead, Esq.
Lewis Gillis, Esq.
Thomas, Means, Gillis & Seay, P.C.
P. O. Drawer 5058
Montgomery, Alabama 36103-5058

 /s/ James G. Bodin
OF COUNSEL