IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CHAD HOGAN,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:05cv687-T |
| ) | |
| **CITY OF MONTGOMERY,** ) | |
| **et al.,** ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that defendant Anthony Arnaud show cause, if any there be, in writing by September 30, 2005, as to why plaintiff Chad Hogan's application for default judgment (Doc. No. 10) should not be granted. Defendant Arnaud is informed that if he fails to respond within the time allowed, the relief requested in the application will be granted.

DONE, this the 14th day of September, 2005.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**