**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 21, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**        Clerk's Office

**Case Style**        Chad Hogan vs. City of Montgomery, et al.
                 Civil Action No.  2:05cv687

**Referenced Pleading**   Response to Show Cause Order

                 Document #16

```
This Notice of Correction filed in the above referenced case to reflect
that document was filed incorrectly as a motion.
```