IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-687-WKW |
| | ) | |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is hereby ORDERED that the jury trial in this case is continued from August 7, 2006 to November 6, 2006.

It is further ORDERED that the following deadlines are now in effect and replace any previous deadlines entered in this case:

1. The pretrial conference is now scheduled for September 21, 2006.

2. The deadline for filing dispositive motions is now June 23, 2006.

3. The parties shall engage in a face-to-face settlement conference on or before July 12, 2006, and the plaintiff shall file a notice with the court concerning this conference not later than five (5) days following the conference.

4. All discovery in this case shall be completed by September 7, 2006.

DONE this the 27th day of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE