IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN | * |
| Plaintiff, | * |
| v. | Case# 2:05CV687- MKW |
| | * |
| CITY OF MONTGOMERY, ANTHONY ARNAUD, et al. | * |
| Defendants, | |

## OFFER OF JUDGMENT

COMES NOW the Defendant Anthony Arnaud submits an offer of judgment in this matter:

1. Defendant Anthony Arnaud offers to allow judgment to be taken against him by Plaintiff Hogan, without an admission of liability, for the amount of $100.00 without costs now accrued, each party shall bear its own costs.

Respectfully submitted on this 20 day of February, 2006.

OF COUNSEL:

**McPHILLIPS, SHINBAUM, L.L.P.**
516 S. Perry Street
P.O. Box 64
Montgomery, AL 36101
(334) 262-1911
(334) 263-2321 fax       /s/ James G. Bodin
          JAMES G. BODIN  (BOD005)
          Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on the following counsel of record by delivery U.S. mail on this the 20th day of February, 2006.

Anderson Nelms, Esq.
Law Office of Jay Lewis, LLC
P. O. Box 5059
Montgomery, Alabama 36103-5059

Kimberly O. Fehl, Esq.
Montgomery City Attorney's Office
P. O. Box 1111
Montgomery, Alabama 36101-1111

Christopher Whitehead, Esq.
Lewis Gillis, Esq.
Thomas, Means, Gillis & Seay, P.C.
P. O. Drawer 5058
Montgomery, Alabama 36103-5058

      /s/ James G. Bodin
      OF COUNSEL