**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

March 24, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Chad Hogan vs. City of Montgomery, et al.**
**Case Number: 2:05cv687-WKW**

**Pleading : #24 Motion to Quash Subpoena**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/23/2006 without Exhibit 1 attached as mention in Motion.**

**The corrected pdf document is attached to this notice.**