IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv687-WKW |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On 23 March 2006, the defendants filed a Motion to Quash Subpoena (Doc. # 24). Essentially, the defendants allege that the subject subpoena is a "duplicate" subpoena to one previously served upon defendant City of Montgomery and that it requests the same documents or recordings. Accordingly, it is

ORDERED that on or before 3 April 2006, the plaintiff show cause why the duplicate subpoena should not be quashed.

DONE this 27th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE