### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:05-cv-687-MHT-VPM |
| | ) | |
| CITY OF MONTGOMERY, et al., | ) | |
| Defendants. | ) | |

### WITHDRAWAL OF SUBPOENA

COMES NOW Plaintiff Chad Hogan withdrawing his subpoena dated March 16, 2006 directed to the Montgomery Police Department, Custodian of Records. This subpoena is the subpoena referenced in Defendant's Motion to Quash filed March 23, 2006. (Court Doc. #24).

RESPECTFULLY SUBMITTED, this __3rd__ day of April, 2006.

s/ANDY NELMS
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to counsel of record listed below by placing same in the United States mail, properly addressed and postage prepaid on this the __3rd__ day of April, 2006.

Christopher Whitehead
Lewis Gillis
Ramadanah Maryum Salaam
P.O. Drawer 5058
Montgomery, AL 361035058

Kim O. Fehl
City of Montgomery

P.O. Box 1111
Montgomery, AL 36101-1111

James G. Bodin
P.O. Box 64
Montgomery, AL 36101

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K