IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv687-WKW |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On 23 March 2006, the defendant filed a Motion to Quash Subpoena (Doc. #24) and thereafter, this court entered an order on 27 March 2006 for the plaintiff to show cause on or before 3 April 2006 as why the subpoena should not be quashed. On 3 April 2006, the plaintiff filed a Withdrawal of Subpoena (Doc. #27). Therefore, it is

ORDERED that the motion is DENIED as moot.

Done this the 11th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE