IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, ) | |
| ) | |
| Plaintiff, ) | Case No:. 2:05CV687 |
| ) | |
| v. ) | |
| ) | |
| CITY OF MONTGOMERY, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

**COME NOW** Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer J.M. Gordon ("Gordon"), and hereby move this Court to enter an order extending the deadline for the filing of dispositive motions in this case from June 23rd, 2006 to July 14th, 2006. As grounds for this motion, counsel for the Defendants would offer that he is currently preparing for a wrongful death trial that is scheduled for trial in less than two weeks, and the time expended in the case is overwhelming. Undersigned counsel has conferred with counsel for the Plaintiff, and counsel for the Plaintiff has stated that he has no objections to extending the deadline to July 14th, 2006.

Respectfully Submitted,

/s/ Christopher K. Whitehead
**H. LEWIS GILLIS**
**CHRISTOPHER K. WHITEHEAD**
**RAMADANAH M. SALAAM**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 7th day of June, 2006.

| | |
|---|---|
| Jay Lewis, Esq. | /s/ Christopher K. Whitehead |
| Keith Anderson Nelms, Esq. | |
| **Law Offices of Jay Lewis, LLC** | **OF COUNSEL** |
| P.O. Box 5059 | |
| Montgomery, AL 36103-5059 | |
| 334-263-7733 | |
| Fax: 334-832-4390 | |

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321