IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-687-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on the defendants' Motion to Extend Dispositive Motion Deadline (Doc. # 30), filed on June 7, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The parties shall file any dispositive motions on or before July 14, 2006.

DONE this the 9th day of June, 2006.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE