IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHAD HOGAN** | * | |
| Plaintiff, | * | |
| v. | | Case# 2:05CV687- MKW |
| | * | |
| **CITY OF MONTGOMERY,** | * | |
| **ANTHONY M. ARNAUD, et al.** | | |
| Defendants, | | |

### JOINT MOTION FOR DISMISSAL

COMES NOW the Plaintiff Chad Hogan and the Defendant Anthony M. Arnaud, and jointly move that all claims against Defendant Arnaud be hereby dismissed with prejudice with each party to bear their own costs.

Respectfully submitted on this the 13th day of July, 2006.

OF COUNSEL:
**McPHILLIPS, SHINBAUM, L.L.P.**
516 S. Perry St.
POB 64
Montgomery, Alabama 36101      /s/ James G. Bodin
(334) 262-1911                  JAMES G. BODIN (BOD005)
(334) 263-2321 fax              Attorney for Defendant Anthony M. Arnaud


OF COUNSEL:                      /s/ Andy Nelms
Law Office of Jay Lewis, LLC    ANDY NELMS
P. O. Box 5059                   Attorney for Plaintiff Chad Hogan
Montgomery, Alabama 36103-5059

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the document(s) above via U.S. mail to the following attorneys of record on this the 13th day of July, 2006:

Kimberly O. Fehl, Esq.
Montgomery City Attorney's Office
P. O. Box 1111
Montgomery, Alabama 36101-1111

Christopher Whitehead, Esq.
Lewis Gillis, Esq.
Thomas, Means, Gillis & Seay, P.C.
P. O. Drawer 5058
Montgomery, Alabama 36103-5058

    /s/ James G Bodin
OF COUNSEL