IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHAD HOGAN** | * | |
| Plaintiff, | * | |
| v. | | Case# 2:05CV687- MKW |
| | * | |
| **CITY OF MONTGOMERY,** | * | |
| **ANTHONY M. ARNAUD, et al.** | | |
| Defendants, | | |

## ORDER OF DISMISSAL

This cause having come before the Court on the Joint Motion for Dismissal by Defendant Anthony Arnaud and Plaintiff Chad Hogan, and the Court having considered the same, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case including all claims against Defendant Anthony Arnaud is hereby dismissed with prejudice, each party to bear their own costs.

DATED this ____ day of July, 2006,

_____
W. Keith Watkins
U. S. District Court Judge

cc:  James G. Bodin, Esq.
     Andy Nelms, Esq.
     Christopher Whitehead, Esq.
     Kimberly O. Fehl, Esq.