IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-687-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the plaintiff Chad Hogan and defendant Anthony Arnaud's Joint Motion for Dismissal (Doc. # 33), filed on July 13, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED.

All claims against defendant Anthony Arnaud are DISMISSED with prejudice, each party to bear its own costs.

DONE this the 14th day of July, 2006.

                                        /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE