## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CHAD HOGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No:. 2:05CV687** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF MONTGOMERY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS COOK, CAULFIELD AND GORDON'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon"), hereby offer the following evidentiary submission in support of the their Motion for Summary Judgment.

Deposition Transcripts of

1.      Plaintiff Chad Hogan.

2.      Defendant M.D. Gordon.

3.      Kirk Pelham.

4.      Anthony Arnaud.

Exh. 1-      Photo of Arnaud's Quality Meat Market and parking lot.

Exh. 2. -      Gordon's Statement.

Exh. 3 -      Inventory Sheet.

Exh. 4 -      Forbus Affidavit.

Exh. 5 -      District Court Complaint.

Exh. 6 -     Pelham's Claim.

Exh. 7 -     Letter from Plaintiff's Counsel.

Exh. 8 -     Plaintiff's Responses to Discovery Requests.

Exh. 9 -     AAOC Record of Conviction.


                              Respectfully Submitted,


                              /s/ Christopher K. Whitehead
                              **H. LEWIS GILLIS**
                              **CHRISTOPHER K. WHITEHEAD**
                              **RAMADANAH M. SALAAM**


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 14 th day of July, 2006.

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
**Law Offices of Jay Lewis, LLC**
P.O. Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321

/s/ Christopher K. Whitehead
**OF COUNSEL**

3