

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:. 2:05CV687 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MONTGOMERY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ANSWERS AND RESPONSES OF DEFENDANT, M.D. GORDON, TO PLAINTIFF'S CONSOLIDATED DISCOVERY REQUEST

Defendant, J. M. Gordon, as answer and response to Plaintiff's Consolidated Discovery Request states the following:

### GENERAL OBJECTIONS

Defendant objects to each of Plaintiff's discovery requests to the extent that each is overly broad, vague, unduly burdensome, seeks information not designed nor reasonably calculated to the discovery of relevant evidence; and, purport to request information protected by the attorney/client privilege or the work-product doctrine or seeks information taken and/or prepared in anticipation of litigation, or privileged, not subject to discovery or which otherwise are impermissible subjects of discovery under the rules of civil procedure.

Defendant further objects to each discovery request to the extent each seeks documents or things which constitute confidential, proprietary information, or to which Defendant has a duty or obligation of confidentiality with respect to persons or not parties to this litigation. This objection is made specifically, but without limitation, with respect to any request which entails disclosure of

EXHIBIT
5

the identities or other confidential information of persons not parties to this litigation, whose privacy

rights would be violated by such disclosure.

Defendant further objects to the "Definitions" to the extent that they are overly broad and

seek to impose a duty on Defendant greater than that required by the Rules of Procedure and /or

discovery.

## INTERROGATORIES

1.  State the full name, age, address and present position of each person or persons
    answering or assisting in the answering of this discovery request providing the
    defendant's driver's license number and state, social security number and date of
    birth.

    | | | |
    |---|---|---|
    | **Answer:** | **Name:** | **Marquedric Dante Gordon** |
    | | **Age:** | **23** |
    | | **Address:** | **320 North Ripley** |
    | | | **Montgomery, Alabama 36104** |
    | | **Present Position:** | **Police Officer, City of Montgomery Police Dept.** |

2.  Please provide an accounting of all training you have received related to your job in
    law enforcement, giving the dates and places of said training including certificates
    of completion received.

    **Answer:**  **Defendant objects to this interrogatory on the grounds
    that it is overly broad, vague, unduly burdensome, and
    seeks information that is not designed nor reasonable
    calculated to the discovery of relevant evidence. Without
    waiving such objection, the Defendant is a graduate of the
    Police Academy, and has completed other training
    relevant to his job.**

3.  Please list each and every telephone number for any cellular telephone, radio, walkie
    talkie, pager, or any other means of communication possessed by you on March 31,
    2005 by your employer, including in your answer the date the service was initiated
    or date you entered into any service contract and whether said service is active or
    inactive.

    **Answer:**  Police Department (334) 241-2810
    Nextel Number (334) 799-9337

4.    Please list each and every lawsuit filed against you within the previous ten (10) years, stating the court where such lawsuit is filed, the case style and case number, the current status of said lawsuit, whether individually or in your employment capacity as an officer with the City of Montgomery.

Answer:    **Defendant objects to this interrogatory on the grounds that is overly broad, vague, unduly burdensome, and seeks information that is not designed nor reasonably calculated to the discovery of relevant evidence. Without waiving such objection, the Defendant has never had a lawsuit filed against him in the past ten years.**

5.    Please provide a narrative of the events of March 31, 2005 regarding or related to the arrest of Plaintiff. Provide the names of any person with whom you discussed the arrest of Plaintiff, the time, place and date of said discussion, as well as, the substance of the discussion(s).

Answer:    **Defendant objects to this interrogatory on the grounds that is overly broad, vague, unduly burdensome, and seeks information that is not designed nor reasonably calculated to the discovery of relevant evidence. Without waiving such objection, the Defendant states that it is his understanding that the Plaintiff committed a burglary at Arnaud's Meats on the evening in question, further led the Montgomery Police Department on a high speed chase through a residential area after refusing requests by the Montgomery Police Department to stop, then fled on foot after the car was wrecked, and the car in which the Plaintiff fled was ultimately found to have a handgun, ski mask, and flashlight inside the vehicle.**

6.    Please provide a statement regarding your understanding of the police department's policy and/or procedure regarding the arrest of subjects using canine.

Answer:    **See the attached Montgomery Police Department K-9 Training Manual.**

## RESPONSES TO REQUEST FOR PRODUCTION

1.    All statements whether written or recorded taken from witnesses in this case including fellow law enforcement officers.

Response:    **Defendant objects to this request for production in that it seeks information protected by the attorney client privilege or the work product privilege or seeks**

**information prepared in anticipation of litigation, not subject to discovery, or is otherwise prohibited under the rules of civil procedure.**

2.    The entire investigative file related to the arrest of Plaintiff.

**Response:    See attached documents**

3.    Produce copies of any notes, diaries, correspondence, memorandum or reports of any kind relating to incident and arrest of Plaintiff which occurred on or about March 31, 2005.

**Response:    None**

4.    Produce copies of all responses you or your attorneys have received - or will receive throughout the pendency of this case - in response to subpoenas issued to third parties. This is a continuing request.

**Response:    None**

5.    Produce any written policy maintained by the police department related to the arrest of subjects.

**Response:    None**

6.    Produce any written policy or procedure maintained by the police department related to the use of canine in effectuating arrests.

**Response:    See the attached Montgomery Police Department K-9 Training Manual.**

7.    Produce a copy of any file forwarded to the district attorney's office related to the charges brought against Plaintiff.

**Response:    See attached documents**

8.    Produce any evidence you have demonstrating that Plaintiff attempted to burglarize Arnaud's Quality Meats.

**Response:    See attached documents**

9.    Produce a list of all officers on duty at the police department on March 31, 2005 between 18:00 and 24:00 hours.

**Response:    Defendant objects to this interrogatory on the grounds**

that it is overly broad, vague, unduly burdensome, and seeks information that is not designed nor reasonably calculated to the discovery of relevant evidence. Without waiving said objection, the Defendant states it will supplement this response if the request is limited to specific divisions and a specific shift.

Respectfully submitted this the 14 day of December, 2005.

_____
M.D. Gordon

Sworn to and subscribed before me on this the 14 day of Dear, 2005.

_____
NOTARY PUBLIC
My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: May 22, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_____
H. LEWIS GILLIS
CHRISTOPHER K. WHITEHEAD
RAMADANAH M. SALAAM

**OF COUNSEL:**
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and the United States mail on this the _14_ day of _December_, 2005.


Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
**Law Offices of Jay Lewis, LLC**
P.O. Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321



**OF COUNSEL**