IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-687-WKW ) ) |
| CITY OF MONTGOMERY, et al., | ) ) |
| Defendants. | ) |

### AFFIDAVIT OF R. D STUART

Before me, the undersigned authority, personally appeared R. D. Stuart, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is R. D. Stuart. I am over nineteen years of age. I have been employed with the City of Montgomery for 19 ½ years. I am currently employed as the Director of Communications for City of Montgomery. It is in that capacity that I state the following:

Attached to my Affidavit is the AEGIS Public Safety System Incident Report for Incident # 2005-00061977 regarding a burglary call that we received on March 30, 2005 for Arnaud's Quality Meat located at 425 N. Eastern Boulevard. The call was received at approximately 23:57:51 and 23:58:47. Patrol unit #306 and K- 9 unit #150 were dispatched to the call at 23:58:12. Officer Gordon, K-9 unit #150, was the first to arrive at 00:06:24 on March 31, 2005. A forced code 16 (open building) to side window was reported at 00:08:30. A confirmed 4B (burglary-business) was reported at 00:12:17. The incident report reflects a pursuit of a Lincoln with tag number 3B4075N that was

1



involved in a code 25 (accident) at 00:12:32 in which the subjects bailed from the vehicle.

Detective Kirk Pelham, unit #428, arrived at 1:12:21. Officer Gordon, K-9 unit #150, cleared at 2:46:15.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

_____
R. D. Stuart

**SWORN TO AND SUBSCRIBED** before me this 11th day of July, 2006.

_____
Gale Nanette Harwell
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar. 16, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)                My commission expires

# MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
Montgomery Police Department      AEGIS PUBLIC SAFETY SYSTEM                PAGE     1
DATE 03/02/2006                         INCIDENT REPORT                     PL1190
TIME  8:54:43                                                               MC008
---------------------------------------------------------------------------------
INCIDENT #: 2005-00061977   ORI #: MPD         INCIDENT TYPE:   4B P 4B


LOCATION  . . : 425 N EASTERN BLVD                              VENUE: Montgomery
COMMON NAME . : ARNAUDS QUALITY MEAT
NATURE OF CALL: GEN BURG...3343968220

              DATE:         TIME:
CALL . . . . : 03/30/2005   23:57:51  Wednesday
DISPATCH . . : 03/30/2005   23:58:12
ARRIVE 1 . . : 03/31/2005    0:06:24
DEPART 1 . . : 03/31/2005    2:09:38
CLEAR  . . . : 03/31/2005    3:47:09

AREA   . : Dist.  5      SECTION : Grid 0503      BEAT: Dist. 5
QUADRANT: 542            DISTRICT: 542            GRID:

UNIT 1 #: 306       ID # 1: CALHOUN,RODRICK,D,       ID # 2:
UNIT 2 #: 150       ID # 3: GORDON,MARQUEDRIC,DANT   ID # 4:

RECEIVED ORI/ID : MPD        WRIGHT-DAVIS,BRIDGETTE,L,
DISPATCH ORI/ID : MPD        GODFREY,JEAN,F,
DISPATCH SHIFT  : 3rd Shift
SOURCE  . . . . : Priv Alarm    REPORT REQUIRED: YES    MUTUAL AID:
DISPOSITION . . : 99 Oth Act    PRIORITY . . . : 1      CLEARED BY: QPGMR

   ORIGINAL INFORMATION:
     LOCATION : 425 N EASTERN BLVD                            VENUE: Montgomery
     INCD TYPE:  11B P 11B            PRIORITY: 1

   STATUS/DISPOSITIONS:
     DISPOSITION:   UNIT:   DATE:         TIME:     ID # 1: / ID # 2:
     99 Oth Act     321     03/31/2005    34:51     FIKE,THEODORE,R,
     66 Ast Unt     325     03/31/2005    36:17     GRACIE,LARRY,PAUL,
     66 Ast Unt     144     03/31/2005    54:00     MARA,MATTHEW,GEORGE,
     99 Oth Act     140     03/31/2005    54:03     CAULFIELD,WILLIAM,WADE,
     99 Oth Act     151     03/31/2005  1:00:28     GRAY,JASON,SCOTT,
     99 Oth Act     335     03/31/2005  1:03:54     ROBERTS,THOMAS,EDWARD,
     99 Oth Act     140     03/31/2005  1:04:03     CAULFIELD,WILLIAM,WADE,
     99 Oth Act     322     03/31/2005  1:06:03     BOZEMAN,REGINA,CASSANDRA,
     99 Oth Act     428     03/31/2005  1:12:28     PELHAM,LEONARD,K,
     99 Oth Act     305     03/31/2005  1:19:18     FORBUS,CURTIS,H,
     99 Oth Act     326     03/31/2005  1:24:55     WILHOIT,RONALD,ALVIN,
     99 Oth Act     320     03/31/2005  1:42:04     BROSIUS,JASON,L,
     99 Oth Act     322     03/31/2005  2:18:03     BOZEMAN,REGINA,CASSANDRA,
     52 Arrest      304     03/31/2005  2:40:31     FITZPATRICK,NORRIS,BERNARD,
                                                    DUNN,JOSEPH,SCOTT,
     52 Arrest      150     03/31/2005  2:46:15     GORDON,MARQUEDRIC,DANTAE,

     99 Oth Act     306     03/31/2005  3:47:09     CALHOUN,RODRICK,D,


   ADDITIONAL INFORMATION:
     OPER 397 CENTRAL STATION 8008435154

   RADIO LOG:
```

# MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
Montgomery Police Department    AEGIS PUBLIC SAFETY SYSTEM              PAGE     2
DATE 03/02/2006                      INCIDENT REPORT                    PL1190
TIME  8:54:43                                                           MC008
-----------------------------------------------------------------------------------
   UNIT:  TYPE:   STATUS:       DISPATCH:   ARRIVE:    CLEAR:     ID # 1:
   306    3RD     Dispatch      23:58:12
   150    K-9     Dispatch      23:58:47
   150    K-9     Arrive                    0:06:24
   325    3RD     Dispatch      0:09:41                           GRACIE,LARRY,PAUL,
   305    3RD     Dispatch      0:09:55                           FORBUS,CURTIS,H,
   144    K-9     Arrive                    0:14:21               MARA,MATTHEW,GEORGE
   306    3RD     Arrive                    0:14:45
   321    3RD     Arrive                    0:15:20               FIKE,THEODORE,R,
   322    3RD     Dispatch      0:15:39                           BOZEMAN,REGINA,CASS
   320    3RD     Arrive                    0:19:47               BROSIUS,JASON,L,
   304    3RD     Arrive                    0:20:01
   305    3RD     Arrive                    0:21:47               FORBUS,CURTIS,H,
   322    3RD     Arrive                    0:21:53               BOZEMAN,REGINA,CASS
   325    3RD     Arrive                    0:21:57               GRACIE,LARRY,PAUL,
   326    3RD     Arrive                    0:22:01
   140    K-9     Arrive                    0:22:09
   335    3RD     Dispatch      0:28:32                           ROBERTS,THOMAS,EDWA
   428    PRP     Dispatch      0:29:09                           PELHAM,LEONARD,K,
   321    3RD     Clear Unit                           0:34:51    FIKE,THEODORE,R,
   325    3RD     Clear Unit                           0:36:17    GRACIE,LARRY,PAUL,
   304    3RD     1016or1011                0:37:44
          SEC. LOC.: A15MPD
   320    3RD     1016or1011                0:37:54               BROSIUS,JASON,L,
          SEC. LOC.: A15MPD
   320    3RD     Arrive                    0:43:36               BROSIUS,JASON,L,
          SEC. LOC.: A15MPD
   304    3RD     Arrive                    0:45:26
          SEC. LOC.: A15MPD
   151    K-9     Dispatch      0:51:44
   144    K-9     Clear Unit                           0:54:00    MARA,MATTHEW,GEORGE
   140    K-9     Clear Unit                           0:54:03
   140    K-9     Arrive                    0:54:17
   151    K-9     Clear Unit                           1:00:28
   335    3RD     Clear Unit                           1:03:54    ROBERTS,THOMAS,EDWA
   305    3RD     1016or1011                1:03:57               FORBUS,CURTIS,H,
          SEC. LOC.: HQ
   140    K-9     Clear Unit                           1:04:03
   322    3RD     Clear Unit                           1:06:03    BOZEMAN,REGINA,CASS
   428    PRP     Arrive                    1:12:21               PELHAM,LEONARD,K,
   428    PRP     Clear Unit                           1:12:28    PELHAM,LEONARD,K,
   322    3RD     Dispatch      1:12:55                           BOZEMAN,REGINA,CASS
   306    3RD     1016or1011                1:14:24
          SEC. LOC.: HQ
   305    3RD     Arrive                    1:15:58               FORBUS,CURTIS,H,
          SEC. LOC.: HQ
   322    3RD     Arrive                    1:18:57               BOZEMAN,REGINA,CASS
   305    3RD     Clear Unit                           1:19:18    FORBUS,CURTIS,H,
   306    3RD     Arrive                    1:21:10
          SEC. LOC.: HQ
   150    K-9     1016or1011                1:22:37
          SEC. LOC.: HQ
   326    3RD     Clear Unit                           1:24:55
   150    K-9     Arrive                    1:27:01
          SEC. LOC.: HQ
```

# MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
Montgomery Police Department      AEGIS PUBLIC SAFETY SYSTEM           PAGE      3
DATE 03/02/2006                        INCIDENT REPORT                 PL1190
TIME  8:54:43                                                          MC008
------------------------------------------------------------------------------
    ######         Wrecker              1:28:11
     320    3RD    Clear Unit                       1:42:04  BROSIUS,JASON,L,
     322    3RD    1016or1011           2:09:38              BOZEMAN,REGINA,CASS
            SEC. LOC.: HQ
     322    3RD    Arrive               2:13:20              BOZEMAN,REGINA,CASS
            SEC. LOC.: HQ
     322    3RD    Clear Unit                       2:18:03  BOZEMAN,REGINA,CASS
     304    3RD    Clear Unit                       2:40:31
     150    K-9    Clear Unit                       2:46:15
     306    3RD    Clear Unit                       3:47:09

DOCUMENTS:
   Dispatch Narrative
      Information on the units assigned to the call follows.
         Unit#: ######  Radio#: 000     Ofcr 1:              Ofcr 2:
            DSP:           :     ARV:              :     CLR:              :
         Unit#: 306     Radio#: 000     Ofcr 1:       1294  Ofcr 2:       1294
            DSP: 03/30/05 23:58  ARV: 03/31/05 00:14  CLR: 03/31/05 03:47
         Unit#: 150     Radio#: 000     Ofcr 1:       1309  Ofcr 2:       1309
            DSP: 03/30/05 23:58  ARV: 03/31/05 00:06  CLR: 03/31/05 02:46
         Unit#: 325     Radio#: 000     Ofcr 1:        237  Ofcr 2:        237
            DSP: 03/31/05 00:09  ARV: 03/31/05 00:21  CLR: 03/31/05 00:36
         Unit#: 305     Radio#: 000     Ofcr 1:       1337  Ofcr 2:       1337
            DSP: 03/31/05 00:09  ARV: 03/31/05 00:21  CLR: 03/31/05 01:19
         Unit#: 144     Radio#: 000     Ofcr 1:        170  Ofcr 2:        170
            DSP:           :     ARV: 03/31/05 00:14  CLR: 03/31/05 00:54
         Unit#: 321     Radio#: 000     Ofcr 1:       1439  Ofcr 2:       1439
            DSP:           :     ARV: 03/31/05 00:15  CLR: 03/31/05 00:34
         Unit#: 322     Radio#: 000     Ofcr 1:       1265  Ofcr 2:       1265
            DSP: 03/31/05 00:15  ARV: 03/31/05 00:21  CLR: 03/31/05 02:18
         Unit#: 320     Radio#: 000     Ofcr 1:       1424  Ofcr 2:       1424
            DSP:           :     ARV: 03/31/05 00:19  CLR: 03/31/05 01:42
         Unit#: 304     Radio#: 000     Ofcr 1:        902  Ofcr 2:       1616
            DSP:           :     ARV: 03/31/05 00:20  CLR: 03/31/05 02:40
         Unit#: 326     Radio#: 000     Ofcr 1:        397  Ofcr 2:        397
            DSP:           :     ARV: 03/31/05 00:22  CLR: 03/31/05 01:24
         Unit#: 140     Radio#: 000     Ofcr 1:        204  Ofcr 2:        204
            DSP:           :     ARV: 03/31/05 00:22  CLR: 03/31/05 01:04
         Unit#: 335     Radio#: 000     Ofcr 1:        922  Ofcr 2:        922
            DSP: 03/31/05 00:28  ARV:           :     CLR: 03/31/05 01:03
         Unit#: 428     Radio#: 000     Ofcr 1:       1391  Ofcr 2:       1391
            DSP: 03/31/05 00:29  ARV: 03/31/05 01:12  CLR: 03/31/05 01:12
         Unit#: 151     Radio#: 000     Ofcr 1:       1085  Ofcr 2:       1085
            DSP: 03/31/05 00:51  ARV:           :     CLR: 03/31/05 01:00
      FORCED CODE 16 TO SIDE WINDOW                                   0:08:30
      3B4075N LINCOLN HEADED TWDS WARES FERRY                         0:08:51
      VEH HEADED WEST ON WARES FERRY PASSING SADDLEWOOD               0:09:35
      PASSING DONOVAN ON WARES FERRY                                  0:10:22
      WARES FERRY PASSING CALDWELL                                    0:10:46
      ON DALRAIDA                                                     0:11:10
      APPROACHING GUNTER ABOUT TO MAKE LEFT ON PELZER                 0:11:34
      LEFT ON PELZER SPEED 45 NO TRAFFIC                              0:11:53
      PASSING HILLTOP SPEED 50 NO TRAFFIC                             0:12:08
      CONFIRMED 4B                                                    0:12:17
      25 INTO BACK YARD SUBJS BAILED                                  0:12:32
```

## MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
Montgomery Police Department      AEGIS PUBLIC SAFETY SYSTEM           PAGE    4
DATE  03/02/2006                       INCIDENT REPORT                 PL1190
TIME   8:54:43                                                         MC008
```

```
    RUNNING TWDS THE DITCH LINE TWD                                    0:12:45
    320 WAREINGWOOD ATLANTA HWY                                        0:13:01
    5 SUBJS ON FOOT                                                    0:13:16
    144 SUBJS STILL RUNNING DOWN THE DITCH LINE                        0:13:57
    SUBJS RUNNING TWDS ATLANTA HWY                                     0:14:29
    SUBJS POSS IN THE APT COMPLEX                                      0:15:09
    322 TO WAREINGWOOD                                                 0:15:47
    304 WAREINGWOOD                                                    0:16:00
    K9 ON THE GROUND IN THE DITCH AREA                                 0:17:23
    304 ONE BEHIND THE APT COMPLEX                                     0:18:12
    326 ONE IN CUSTODY BEHIND THE APT COMPLEX                          0:19:07
    320,322 ATLANTA HWY AND COLISEUM                                   0:19:58
    326 POSS TWO MORE SUBJS LOOSE                                      0:21:00
    SECOND SUBJ IN CUSTODY                                             0:21:26
    ONE SUBJ STILL LOOSE                                               0:21:30
    321 ENROUTE TO THE SCENCE                                          0:22:38
    OFFICERS ENTERING                                                  0:25:10
    ALARM COMPANY ADVISE THEY ARE UNABLE TO GET IN TOUCH               0:28:40
    WITH THE ON CALL KEY HOLDER...                                     0:28:48
    PX WILL BE 334 399 9811 TONY OR CINDY                              0:29:08
    OFFICERS CLR                                                       0:29:18
    DSK PXED THE CP AND ADVISE HE LIVES NEXT                           0:30:10
    DOOR AND ETA ANY MIN..ORANGE TOP AND GRN SHORTS                    0:30:27
    IN A GRN JEEP                                                      0:30:34
    WARRINGWOOD/PEZER A44ORDERED                                       0:45:28
    K9 OFF THE GROUND                                                  0:45:58
    PXED A JOE LAMBERT IN REF TO A 1990 LINCOLN TOWNCAR BLU IN         1:07:40
    COLOR....GOT NO ANSWER,,,,,,LEFT A MESSAGE                         1:07:55
    Impounded vehicle number: 200500000820
    Wrecker selected from IMPOUND WALDRIPS WRE                         1:28:11
CAD System Narrative
    JG1232D     CHANGED INCIDENT TYPE FROM   11B P                     1:03:19
```