# MONTGOMERY POLICE DEPARTMENT
## PROPERTY INVENTORY

Date: 03/31/... Time: 0219   A.M./P.M.

**OFFICE USE ONLY**
Property No.: 204850
Area/Bin No.:

### WEAPONS ONLY

| | | | | | |
|---|---|---|---|---|---|
| Ex-Felon Check | YES | NO ✓ | NCIC CHECK | YES | NO ✓ |
| Ex-Felon | YES | NO ✓ | If Stolen attach Print Out | | |
| DOB | 11/27/69 | | Stolen | YES | NO |
| | | | Removed from NCIC | YES | NO |

Type Property: Evidence ✓ / Personal / Found

Officers Name: M.D. Gordon   ID: 1309   Division: Patrol/K-9   PX: 2932

Where Found: Bel Aire Ave / Wakening Dr

Property Owner: Christopher McBride   Address: 4190 Airport Rd Millbrook AL   Zip: 36054   Telephone:

Offense: Burglary

Defendant's Name: Same As Owner

Description of Property: 1 Millennium 9mm Pistol Ser# 020-9, 9 unfired rounds
1 Black Mag-Lite flashlight
1 Black gun (Uncle Mike) gun holster
1 Black R. Jordan Sweatshirt
1 Key w/ Keychain
1 Mask (Scream)
1 Mobile Video Vehicle Color LCD Monitor Model # LCM-5020
1 LCD Monitor Ser# 252828
1 JVC CD Player face plate Model # KD-S715

Release Authorization: Release to Ana Detective   BY: M.D. Gordon #1309
DATE: 03/31/05   TIME: 0229 hrs

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF (334) 241-2523

Property Received By: [signature]

**DEFENDANT'S EXHIBIT 5**

WHITE COPY-SUPPLY/GREEN COPY-OWNER/BLUE COPY-OFFICER