Case # 05-_____                    2005F-695

# AFFIDAVIT
## DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: BURGLARY 3RD DEGREE

Defendant's Name: Chad Lamar Hogan        D.O.B. 05/26/1979

Defendant's SSN: 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    Height: 5'8    Weight: 180

Defendant's Address: 1338 Karen Valley Pl. Montgomery Al. 36109

Date & Time of Offense: 03/30/05 @ 2358

Place of Occurrence: 425 N. Eastern Blvd. Montgomery Al. 36106. (Arnaud Quality Meats)

Person or Property Attacked: Property

How Attacked: Burglarized

Damage Done or Property Attacked: _____

Value of Property: _____

Details of Offense:
The defendant did, knowingly enter or remain unlawfully in a building of 425 N. Eastern Blvd. Montgomery Al. 36106 (Arnaulda Quality Meats), with intent to commit a crime therein to-wit Theft of Property, in violation of 13A-7-7 of the Code of Alabama, against the peace and dignity of the State of Alabama.

I make this affidavit for the purpose of securing a warrant against the said B/M Chad Lamar Hogan. I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me this 31st day of March 2005

_Anthony M. Arnaud_
Complainant

_[signature]_
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)
1) Anthony Arnaud, 4 Foxlane Montgomery Al. 36109, 334-396-8222
2) Pof. M.D. Gordon #1309, MPD, 241-2932
3) Det. L.K. Pelham #1391, MPD, 241-2831

DEFENDANT'S EXHIBIT 7

| State of Alabama<br>Unified Judicial System | **COMPLAINT** | Warrant Number<br>2005F00695 |
|---|---|---|
| | (Felonies, Misdemeanors, or Violations- | Case Number |
| Form CR-6    Revised 8/98 | District Court or Municipal Court) | |

IN THE _____DISTRICT_____ COURT OF _____MONTGOMERY,_____ ALABAMA
(Circuit, District or Municipal)     (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v.   CHAD LAMAR HOGAN
                                              **Defendant**

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **CHAD LAMAR HOGAN**, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 03/30/2005 (date of occurrence) commit the offense of **BURGLARY THIRD DEGREE** within the

[X] County of    MONTGOMERY
[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) knowingly enter or remain in a building of another as named or described in the attached Affidavit, with intent to commit crime therein, to wit: THEFT OF PROPERTY

in violation of
[X] Section    13A-7-7    , *Code of Alabama* 1975.
[ ] Municipal Ordinance Number _____, which embraces Section _____
*Code of Alabama* 1975, previously adopted, effective and in force at the time the offense was committed.
[ ] Other _____

Sworn to and Subscribed before me this
31ST  day of
MARCH  , 2005

_[signature]_
Judge/Magistrate/Warrant Clerk

_[signature]_ Anthony McCuneah(?)
Complainant
4 FOXLANE MONTG AL 36109
Address
334-396-8222
Telephone Number

|  Name  |  Address  |  Telephone Number  |
|---|---|---|
| | | |

Additional Witnesses on Reverse Side.