| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST** | Warrant Number<br>2005F00695 |
|---|---|---|
| Form C65 (front)    Revised 11/92 | (Felonies, Misdemeanors, or Violations) | Case Number |

IN THE  <u>DISTRICT</u>  COURT OF  <u>MONTGOMERY,</u>  <u>ALABAMA</u>
       (Circuit, District, or Municipal)                Name of Municipality or County

[X] STATE OF ALABAMA        [ ] MUNICIPALITY OF _____

v.  <u>CHAD LAMAR HOGAN</u>                                                , Defendant

---

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)

<u>CHAD LAMAR HOGAN</u>

Charging: [description of offense(s)]  <u>BURGLARY THIRD DEGREE</u>

in violation of  <u>§13A-7-7 Code of Alabama 1975</u>  ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)] _____

in violation of _____

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

   [X] If the accused person enters into a bond in the amount of $ <u>1,000.00</u>  with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

   [X] If the accused person posts an appearance bond in the amount of $ <u>1,000.00</u>

   [ ] On his or her personal recognizance.

Thursday, March 31, 2005 at 3:24 AM                    _____[signature]_____
Date                                                    Judge/Magistrate/Clerk

DEFENDANT'S EXHIBIT 8