IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | * | |
|     Plaintiff, | * | |
| | * | |
|     v. | * | Case No. 2:05-cv-687-WKW-VPM |
| | * | |
| CITY OF MONTGOMERY, et al., | * | |
|     Defendants. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendants regarding the possibility of settling this case. At this point, it appears that settlement will not be possible; however the parties continue to negotiate. The parties do not now believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the ____17th____ day of July, 2006.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __17th__ day of July, 2006.

Christopher Whitehead
Lewis Gillis
Ramadanah Maryum Salaam
P.O. Drawer 5058
Montgomery, AL 361035058

Kim O. Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

James G. Bodin
P.O. Box 64
Montgomery, AL 36101

                                /s/ JAY LEWIS
                                Jay Lewis
                                Attorney for Plaintiff
                                LAW OFFICES OF JAY LEWIS, LLC
                                P.O. Box 5059
                                Montgomery, Alabama, 36104
                                334-263-7733 (voice)
                                334-263-7733 (fax)
                                J-Lewis@JayLewisLaw.com
                                ASB-2014-E66J