IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 17  A 10: 26

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:05CV687 |
| | ) |
| v. | ) |
| | ) |
| CITY OF MONTGOMERY, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS COOK, CAULFIELD AND GORDON'S SUPPLEMENT TO EVIDENTIARY SUBMISSIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon"), hereby offer the following supplement to the evidentiary submission in support of the their Motion for Summary Judgment. The Defendants attempted to file these evidentiary submissions electronically on the afternoon of July 14th, 2006, but the submissions were too large to be accepted by the Court's electronic filing system. The Defendants also attempted to manually file the submissions on a compact disc shortly before the Clerk's office closed that afternoon, but counsel for the Defendants was unaware that the Clerk's office does not accept filings on compact disc. Accordingly, the Defendants offer the following hard copies of the evidentiary submissions in support of summary judgment.

Deposition Transcripts of

1. Plaintiff Chad Hogan.

2. Defendant M.D. Gordon.

3. Kirk Pelham.

1

4.          Anthony Arnaud.

Exh. 1-     Photo of Arnaud's Quality Meat Market and parking lot.

Exh. 2. -   Gordon's Statement.

Exh. 3 -    Inventory Sheet.

Exh. 4 -    Forbus Affidavit.

Exh. 5 -    District Court Complaint.

Exh. 6 -    Pelham's Claim.

Exh. 7 -    Letter from Plaintiff's Counsel.

Exh. 8 -    Plaintiff's Responses to Discovery Requests.

Exh. 9 -    AAOC Record of Conviction.


Respectfully Submitted,

_____
**H. LEWIS GILLIS**
**CHRISTOPHER K. WHITEHEAD**
**RAMADANAH M. SALAAM**


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following through United States mail on this the 17th day of July, 2006.

| | |
|---|---|
| Jay Lewis, Esq.<br>Keith Anderson Nelms, Esq.<br>**Law Offices of Jay Lewis, LLC**<br>P.O. Box 5059<br>Montgomery, AL 36103-5059<br>334-263-7733<br>Fax: 334-832-4390 | James G. Bodin, Jr., Esq.<br>**McPhillips, Shinbaum L.L.P.**<br>P.O. Box 64<br>Montgomery, AL 36101-0064<br>(334) 262-1911<br>(334) 263-2321 |
| Walter Byars, Esq.<br>Kimberly O. Fehl, Esq.<br>**Montgomery City Attorney's Office**<br>P.O. Box 1111<br>Montgomery, AL 36101-1111<br>334-241-2050<br>Fax: 334-241-2310 | /s/<br>_____<br>**OF COUNSEL** |