

Defendant's Exhibit 1

