# MEMORANDUM

To: Lieutenant W.W. Caulfield

From: Police Officer M.D. Gordon #1309

Date: March 31, 2005

Subject: Burglary at 425 N. Eastern Blvd (Arnaulds Quality Meats)

On the listed date around 2358 hours unit 150 (Gordon/"Osko") was dispatched to 425 N. Eastern Blvd in reference to an alarm call at the business. At 0006 hours unit 150 arrived at the business and observed a Lincoln Town car parked on the side of the business next to a side window and observed a black male standing outside of the vehicle next to the window of the business where the alarm was received (465 N. Eastern Blvd, Arnaulds Quality Meats). When unit 150 pulled into the parking lot the subject entered the vehicle and the vehicle pulled away from the building. This unit then followed the vehicle into the trailer park and initiated a traffic stop. The vehicle stopped and when the officer exited the vehicle the Lincoln Town car (tag # 3B4075N) occupied approximately five (5) times fled back in the direction of the Northern Boulevard. The vehicle then approached Wares Ferry Road and traveled west bound. Unit 150 followed the vehicle to Dalraida Road where it then traveled onto Pelzer Avenue. The vehicle lost control at Pelzer/Warenwood and crashed into a privacy fence into a back yard. All subjects bailed from the vehicle and ran along a ditch line west of Warenwood. After a brief search of the area two (2) subjects were later located and taken into custody.

Defendant's Exhibit 2

_(signature)_ Officer M.D. Gordon #1309
Officer M.D. Gordon #1309