## MONTGOMERY POLICE DEPARTMENT
## PROPERTY INVENTORY

**Defendant's Exhibit 3**

Date: 03/31/...  Time: 0219  A.M./P.M.

**OFFICE USE ONLY**
Property No.: 254350
Area/Bin No.:
Type Property: Evidence / Personal / Found

**WEAPONS ONLY**

| | | | | | |
|---|---|---|---|---|---|
| Ex-Felon Check | YES | NO ✓ | NCIC CHECK | YES | NO ✓ |
| Ex-Felon | YES | NO ✓ | If Stolen attach Print Out | | |
| DOB | 11/27/69 | | Stolen | YES | NO |
| | | | Removed from NCIC | YES | NO |

Officers Name: M.D. Gordon  ID: 1309  Division: Patrol/K-9  PX: 2932

Where Found: Bel2E2 Ave / Wakeford Dr

Property Owner: Christopher McBride  Address: 4156 Airport Rd Millbrook AL  Zip: 36051  Telephone:

Offense: Burglary

Defendant's Name: Same As Owner

Report No.:

Description of Property: 1 Millennium 9mm Pistol Ser# 020..9  9 unfired rounds
1 Black MagLite flashlight
1 Black Gun (Blown gun holster)
1 Pank A Jordan Swentall
1 Key w/ Keychain
1 Mask (Seran)
1 ... LCD Monitor mdl# LCM-5021
1 LCD Monitor Ser# 262828
1 JVC CD Player face Plate Model # KD-SH5

Release Authorization: Release to: Anv Detective  BY: M.D. Gordon 1309
DATE: 03/31/05  TIME: 0229 hrs

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF (334) 241-2523

Property Received By: _____

WHITE COPY-SUPPLY/GREEN COPY-OWNER/BLUE COPY-OFFICER