| State of Alabama<br>Unified Judicial System | **COMPLAINT** | Warrant Number<br>2005F00695 |
|---|---|---|
| Form CR-6  Revised 8/98 | (Felonies, Misdemeanors, or Violations-<br>District Court or Municipal Court) | Case Number |

IN THE ____DISTRICT____ COURT OF ____MONTGOMERY,____ ALABAMA
(Circuit, District or Municipal) (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v. ____CHAD LAMAR HOGAN____
Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **CHAD LAMAR HOGAN**, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 03/30/2005 (date of occurrence) commit the offense of **BURGLARY THIRD DEGREE** within the

[X] County of ____MONTGOMERY____
[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) knowingly enter or remain in a building of another as named or described in the attached Affidavit, with intent to commit crime therein, to wit: THEFT OF PROPERTY

in violation of
[X] Section ____13A-7-7____, Code of Alabama 1975.
[ ] Municipal Ordinance Number _____, which embraces Section _____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
[ ] Other _____

Sworn to and Subscribed before me this
31ST day of
MARCH, 2005

_____
Judge/Magistrate/Warrant Clerk

_____
Complainant

4 FOXLANE MONTG AL 36109
Address
334-396-8222
Telephone Number

| Name | Address | Telephone Number |
|---|---|---|
| | | |

Additional Witnesses on Reverse Side.

Defendant's Exhibit
5