On-Line SJIS CC/DC Case Detail: THOMAS, MEANS, GILLIS & SEAY, P.C.



alacourt.com's

Alabama SJIS CC/DC Case Detail

**Defendant's Exhibit 9**

[Settings] [Disposition] [Sentence] [Case Action Summary] [Witness List] [Financial] [Enforcement]

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 03 MONTGOMERY | Case Number | CC 1994 002371 00 | JID | CNP | DEF Status | B BOND ESTS: A |
| Name | SMITH COURTNEY | | | Alias | | | |
| Address 1 | #181090 1-69-T | | | Alias | | | |
| Address 2 | HOLMAN UNIT 3700 | | | SID | 000000000 | YDate | |
| Zip | 36503 0000 ATMORE AL US | | | AS | 000181090 | PR | 1996 001967 00 |
| DLNO | | DOB | 07101978 | SSN | 419083414 | Race/Sex | B/M |
| Height | 5 08 | Weight | 185 | Eyes | BRO | Hair | BLK |
| Filed | 11091994 | AAGCY | S | Muni# | 00 | City | |
| Arrest | 09061994 | OffDT | 09061994 | ORI | AL00301 | OFFC | 00 |
| Indict | 11041994 | Grand Jury | 175 | Atty 1 | FRI021 A | Tkt# | |
| Bond | 0001000000 | Type | | Bond Co | | REL | 12221994 |
| Sure | S 001 | CWIT | 001 R C CLEGHORN | JDMD | | APPL | |
| Tracking No's | CC 1994 002371 60 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 02171995 | Que | 001 | Time | 0830 A | Desc | SENT |
| Charge 1 | ROB1 | ROBBERY 1ST | | 13A-008-041 | F PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | | Dom Viol | | Case Type | F | Case Cat | PE |
| Comment | 9400376900 | | | | | | |
| Settings | | | | | | | |
| Date 1 | 02171995 | Que | 001 | Time | 0830 A | Desc | SENT SENTENCING HEARIN |
| Date 2 | 02011995 | Que | 005 | Time | 0830 A | Desc | JTRL TRIAL |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | SHERLOCK EDWARD EUGENE | Atty 1 | CONNER ROIANNE HOULTON | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | Y | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |
| Disposition | | | | | | | |
| CRT ACT | G GUILTY PLEA | CADATE | 02011995 | Jury | Y | More | |
| Charge 1 | ROB1 ROBBERY 1ST 13A-008-041 F P | | | Counts | 001 | CA | G 02011995 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | | | TBNV1 | | TBNV2 | |
| Appeal | | Why | | Type | GJCA | GJCA | |
| Cont Dt | | CAPP | T | Cont# | 00 | DOM VIOL | |
| Comment | | Why | | | | | |
| CMP:Y | SPRO:U | Due | 0000125200 | Warr:000 | SUBP:016 | Updated | 12292000 |
| Sentence | | | | | | | |
| Sent | 02171995 | Begin | 04251997 | End | | PRB BEG | |
| IMP CONF | 10 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 10 00 000 | JAIL CRED | 00 00 139 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 04251997 | | |
| Monetary: | X COST     FINE IMP: 00000000     SUSP: 00000000     X CVCC     HIS | | | | | | |
| | WCCS     MCOS 00000000     JFEE 00000000     DRGF 0     ASU | | | | | | |
| | WCDA     REMB 00000000     3CVC 00000000     WARR 000     USF | | | | | | |
| | PREL     DRUG 00000000     X RCUP 00000000     X SUBP 016 | | | | | | |
| | X RES1 00034900 R001     RES2 00000000     RES3 00000000 | | | | | | |
| | RES4 00000000     RES5 00000000     RES6 00000000 | | | | | | |
| Confine: | X PENT     LIFE     LWOP     DEATH     SPLIT     BOOT 000     EMON 00 | | | | | | |
| | JAIL     CCUR     CSEC     CTERM     RVSPL     GANG 000 | | | | | | |
| Programs: | JDVR     IPROB     AASCH     DUI     DDC     CSV 0000     SAPP | | | | | | |

On-Line SJIS CC/DC Case Detail: THOMAS, MEANS, GILLIS & SEAY, P.C.                Page 2 of 2

|  | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
|---|---|---|---|---|---|---|---|
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 | | |
|  | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 | 00 | 00 | 000000000000 00 | 00 | 000000000000 |
| Comment: | | | | | | | |
| BAL DUE | 0000125200 | | DUE | 04161996 | | CRO | Updated  07011997 |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09061994 | 0805 | OFDT | OFFENSE DATE OF: 09/06/94 | ANR |
| 09061994 | 0815 | ARRS | DEFENDANT ARRESTED ON: 09/06/94 | ANR |
| 11041994 | 0805 | INDT | DEFENDANT INDICTED ON: 11/04/94 | ANR |
| 11091994 | 0805 | FILE | ON 11/09/94 FILED | ANR |
| 11091994 | 0815 | CHG1 | CHARGE AT FILING OF: ROBBERY 1ST | ANR |
| 11091994 | 0822 | BOND | BOND SET FOR $10,000.00 | ANR |
| 11091994 | 0841 | YOOF | DEFENDANT YOUTHFUL OFFENDER APPROVED | ANR |
| 11091994 | 0848 | DAT2 | CASE SET ON 11/16/94 FOR ARRAIGNMENT | ANR |
| 11091994 | 0855 | ATY1 | ATTORNEY FOR DEFENDANT: KLOESS, BRANCH D, SR | ANR |
| 11141994 | 0805 | DOCK | DOCKET NOTICE MAILED ON 11/14/94 | REW |
| 11171994 | 0805 | ATY1 | ATTORNEY FOR DEFENDANT: FRITH, ROIANNE HOULTON | REW |
| 12151994 | 0805 | DAT2 | CASE SET ON 01/19/95 FOR TRIAL | REW |
| 12191994 | 0805 | YOOF | DEFENDANT YOUTHFUL OFFENDER NOT APPROVED | REW |
| 12211994 | 0805 | SUBP | WITNESS SUBPOENA ISSUED | PAB |
| 12221994 | 0805 | RELE | DEFENDANT RELEASED ON: 12/22/94 | DOD |
| 01241995 | 0805 | DAT2 | CASE SET ON 02/01/95 FOR TRIAL | REW |
| 01271995 | 0805 | SUBP | WITNESS SUBPOENA ISSUED | PAB |
| 02011995 | 0805 | CADA | CASE DISPOSED ON 02/01/95 BY: GUILTY | REW |
| 02011995 | 0815 | CHG1 | CHARGE AT DISPOSITION OF: ROBBERY 1ST | REW |
| 02021995 | 0805 | DAT1 | CASE SET ON 02/17/95 FOR SENTENCING HEARIN | REW |
| 02171995 | 0805 | BEGN | SENTENCE TO BEGIN ON: 02/17/95 | DOD |
| 02171995 | 0815 | SNTD | DEFENDANT SENTENCED ON: 02/17/95 | DOD |
| 02171995 | 0822 | SETO | IMPOSED CONFINEMENT OF: 03Y 00M 000D | DOD |
| 02171995 | 0841 | SESU | SUSPENDED CONFINEMENT 07Y 00M 000D | DOD |
| 02171995 | 0848 | SETL | TOTAL CONFINEMENT OF: 10Y 00M 000D | DOD |
| 02171995 | 0855 | PROV | PROVISION ADDED: COURT COSTS | DOD |
| 02171995 | 0911 | PROV | PROVISION ADDED: RESTITUTION | DOD |
| 02171995 | 0912 | PROV | PROVISION ADDED: CRIME VICTIM | DOD |
| 02171995 | 0914 | PROV | PROVISION ADDED: RECOUPMENT | DOD |
| 02171995 | 0922 | PROV | PROVISION ADDED: PENITENTIARY | DOD |
| 02171995 | 1001 | PROV | PROVISION ADDED: SPLIT SENTENCE | DOD |
| 02171995 | 1016 | JLCD | JAIL CREDIT GRANTED IN AMOUNT OF: 00Y 00M 139D | DOD |
| 02171995 | 1024 | PROV | PROVISION DELETED: YOUTHFUL OFFENDER | DOD |
| 02171995 | 1452 | SETO | IMPOSED CONFINEMENT OF: 10Y 00M 000D | PAB |
| 02171995 | 1452 | SESU | SUSPENDED CONFINEMENT 00Y 00M 000D | PAB |
| 02171995 | 1452 | PROV | PROVISION DELETED: SPLIT SENTNECE | PAB |
| 03161995 | 0805 | TRSC | TRANSCRIPT OF RECORD ISSUED 031695 | DOD |
| 04251997 | 1056 | BEGN | SENTENCE TO BEGIN ON: 04/25/97 | PAB |
| 04251997 | 1056 | PRRV | PROBATION REVOKED ON: 04/25/97 | PAB |
| 06241997 | 1452 | BEGN | SENTENCE TO BEGIN ON: 06/24/97 | PAB |
| 06241997 | 1452 | PRRV | PROBATION REVOKED ON: 06/24/97 | PAB |
| 07071997 | 1352 | TRSC | TRANSCRIPT OF RECORD ISSUED 070797 | PAB |
| 12292000 | 0802 | ADD1 | ADDR1 CHANGED FROM: 1236 HUTCHINSON STREET (AR01) | TOB |
| 12292000 | 0802 | CITY | HOME CITY CHANGED FROM: MONTGOMERY (AR01) | TOB |
| 12292000 | 0802 | TRK# | PRIOR 2 ENTRIES RESULT FROM CC199400237160 (AR01) | TOB |
| 01242001 | 1518 | TEXT | MOTION FOR EXTENSION OF TIME | TOB |
| 03262001 | 1607 | TEXT | MOTION FOR APPOINTMENT OF COUNSEL | TOB |
| 04132001 | 1336 | TEXT | MOTION FOR AN ORDER DIRECTING THE STATE OF ALA | TOB |
| 04132001 | 1336 | TEXT | TO PROVIDE PETITIONER WITH COPIES OF THE TWO | TOB |
| 04132001 | 1336 | TEXT | DISCIPLINARIES THAT WERE USED TO REVOKE HIS | TOB |
| 04132001 | 1336 | TEXT | PROBATION | TOB |