IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-687-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motions for Summary Judgment (Doc. # 35 and 38) filed on July 14, 2006, it is hereby

ORDERED that the motions be submitted without oral argument on August 22, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 15, 2006. The defendants may file a reply brief on or before August 22, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 18th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case 2:05-cv-00687-WKW-VPM   Document 41   Filed 07/18/2006   Page 2 of 2