IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHAD HOGAN,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:05-cv-687-WKW-VPM |
| | * | |
| **CITY OF MONTGOMERY, et al.,** | * | |
| Defendants. | * | |

**MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS
MOTIONS FOR SUMMARY JUDGMENT**

COMES now the plaintiff Chad Hogan respectfully submitting this Motion to Extend Deadline to Respond to Defendants Motions for Summary Judgment stating as follows:

1. Defendants filed motions for summary judgment (Doc.#35 and #38) on or about July 14, 2006.

2. This Court ordered the Plaintiff to file responses by August 15, 2006 (Doc.#41).

3. Counsel for the Plaintiff is preparing for trial in two other cases and is overwhelmed.

4. The undersigned has conferred with counsel for the defendants, and counsels for the defendants have stated that they have no objection to extending the deadline to August 22, 2006.

The above considered, the plaintiff respectfully requests an extension of the deadline to response to the Motion for Summary Judgment until August 22, 2006.

RESPECTFULLY submitted this the _11th__ day of August, 2006.

> s/ANDY NELMS
> K. ANDERSON NELMS (NEL022)
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390

andynelms@jaylewislaw.com  
ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __11th__ day of August, 2006.

Christopher Whitehead  
Lewis Gillis  
Ramadanah Maryum Salaam  
P.O. Drawer 5058  
Montgomery, AL 361035058

Kim O. Fehl  
City of Montgomery  
P.O. Box 1111  
Montgomery, AL 36101-1111

    /s/ Andy Nelms  
    Andy Nelms  
    Attorney for Plaintiff  
    LAW OFFICES OF JAY LEWIS, LLC  
    P.O. Box 5059  
    Montgomery, Alabama, 36104  
    334-263-7733 (voice)  
    334-263-7733 (fax)  
    AndyNelms@jaylewislaw.com  
    ASB-6972-E63K