IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-687-WKW |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the plaintiff's unopposed Motion to Extend Deadline to Respond to Defendants' Motions for Summary Judgment (Doc. # 42), it is ORDERED that the motion is GRANTED. The deadline for filing a response is extended from August 15, 2006, to August 22, 2006. The defendants may file a reply brief on or before August 29, 2006.

DONE this the 21st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE