**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHAD HOGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No:. 2:05CV687** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF MONTGOMERY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS COOK, CAULFIELD AND GORDON'S EVIDENTIARY
SUBMISSIONS IN SUPPORT OF THEIR REPLY TO THE PLAINTIFF'S RESPONSE
TO THE MOTION FOR SUMMARY JUDGMENT**

**COME NOW**, Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon") in the above-styled cause, and submit the following evidentiary submission in support of the reply to the Plaintiff's response to the previously filed motion for summary judgment.

1.      All evidence submitted by Defendants Cook, Caulfield, and Gordon as listed on the evidentiary submission offered in support of said Defendants Motion for Summary Judgement dated July 14, 2006.   The Defendants further supplement that submission with Defendants' Exhibit 10, which is the Daily Patrol Summary submitted as part of the case file.

2.      All evidence submitted by Defendants Art Baylor, J.C. West, and the City of Montgomery as listed on the evidentiary submission offered in support of said defendants Motion for Summary Judgement dated July 14, 2006.

3.      All documents submitted by the Plaintiff in support of his Response to Summary Judgement.

1

For the convenience of the Court, the defendants have refrained from reproducing the copies of the documents associated with this evidentiary submission, as the Court has all of the necessary documents already in its possession with the exception of Defendants' Exhibit 10.   Defendants' Exhibit 10 is submitted herewith .

Respectfully submitted this 29th day of August, 2006.


 /s/ Christopher K. Whitehead_____
**H. LEWIS GILLIS**
**CHRISTOPHER K. WHITEHEAD**
**RAMADANAH M. SALAAM**


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following through United States mail on this the 29th day of August, 2006.

| | |
|---|---|
| Jay Lewis, Esq. | James G. Bodin, Jr., Esq. |
| Keith Anderson Nelms, Esq. | **McPhillips, Shinbaum L.L.P.** |
| **Law Offices of Jay Lewis, LLC** | P.O. Box 64 |
| P.O. Box 5059 | Montgomery, AL 36101-0064 |
| Montgomery, AL 36103-5059 | (334) 262-1911 |
| 334-263-7733 | (334) 263-2321 |
| Fax: 334-832-4390 | |

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050                                    /s/ Christopher K. Whitehead
Fax: 334-241-2310                              **OF COUNSEL**

3