PATROL DAILY SUMMARY:                         MARCH 31, 2005

FIRST SHIFT

CAPIAS WARRANTS PROCESSED:
STOLEN VEHICLES RECOVERED:
NOISE ORDINANCE CITATIONS:


Defendant's Exhibit 10

VEHICLE ACCIDENT INVOLVING STATE CORRECTIONS K-9 OFFICER

On Wednesday, 03-30-05, at approx. 0830 hrs, Unit 105, Lord responded to the intersection of the Eastern Boulevard and Monticello Drive in reference to a vehicle accident involving a State of Alabama K-9 Corrections Officer. Upon arrival the officer, W/M Billy Ketchum, age 45, of P.O. Box 161 Clayton Street, Clayton, AL stated he was stopped at the traffic signal, headed north bound when a 1995 Ford Explorer, tag number 3A4599Y, being driven by W/M Mark Taylor, age 42, of 1818 Waller Court, struck his state vehicle, a 1999 GMC Suburban, tag number S-0916A, in the rear. Damage was minor and there were no injuries. SGTRLW

STOLEN VEHICLE RECOVERY/SUBJECT IN CUSTODY

On Wednesday, 30 March 2005, at approximately 1116 hours unit 109 (Mills) responded to the area of John Morris Avenue and Norman Bridge Road in reference to a stolen vehicle being followed by its owner. Upon arrival to the area the vehicle, 1998 Honda Passport, Al tag # 3A4547D, was located occupied by two black males. The vehicle was confirmed stolen and the owner, B/F Cynthia Thomas, 44yoa, of 2037-C Terminal Road, advised Officers that she did want to prosecute. The two occupants of the vehicle, identified as B/M Benitez Sankey, 27 yoa, of 348 Bergwyn Road, and B/M Damon Tolliver, 29 yoa, of an unknown address, were taken into custody at the scene and transported to headquarters. Both subjects were turned over to unit 421 for further investigation. Benitz Sankey, the driver of the stolen vehicle, was subsequently charged with Receiving Stolen Property 1st and Damon Tolliver was released. CPLJMG

DOMESTIC VIOLENCE

WALK IN 35 TO THE WARRANT CLERKS OFFICE.

On 03/30/2005, at approximately 1200 hours Patrol Unit 101 responded to the warrant clerk's office on a report of a 35 walk in. It was determined that the 35 was a DV Assault. Due to it being a DV case and it was at headquarters, the DV Unit took the case and relieved the Patrol Unit to get back in service. The victim, b/m Joseph King, DOB: 03/09/1974 and currently residing at 1907 Upper Wetumpka Rd, Montgomery, advised that on 03/30/2005 at approximately 0600 hours, his wife, b/f Veronica King DOB:

03/11/1964 of 3452 Cotton St. Montgomery, from whom he is separated, came to his residence and rang the doorbell. He answered the door and had a brief conversation with her and she suddenly produced a scalpel type knife and cut him across his left shoulder that resulted in an approximate 5" laceration. The victim came to Police Headquarters and was treated in the warrants clerks office by Paramedic Unit 90 who advised the injury was not life threatening. After conferring with the warrant clerk (Patrick Rankin) who had observed the injury, he was of the opinion that the injury was an Assault 2nd. Lt. Martino was contacted and advised of the incident and assigned Cpl. Hall to the case who advised the victim to seek medical treatment for the laceration (stitches) and to return to the Detective Division after treatment. NO SIR. CDW.

**SECOND SHIFT**

**CAPIAS WARRANTS PROCESSED:**
**STOLEN VEHICLES RECOVERED:**
**NOISE ORDINANCE CITATIONS:**

**CITY VEHICLE ACCIDENT INVOLVING VEHICLE #3216**

On Wednesday, 30 March 2005 at 1450 hours Unit 220 (Rosamond/Herbert) was at the city lot retrieving patrol vehicle #6210-3216 for shift when Officer Rosamond backed into an unoccupied parked vehicle at the lot. Officer Rosamond backed vehicle #6210-3216 into the personal vehicle of Officer K.L. Johnson #350, also assigned to second shift patrol. Officer Johnson responded to the scene where he advised that his vehicle, 1991 Nissan 240SX Tag # 3A3023P black in color, had no damage and he would like to sign an accident waiver form. The damage to vehicle #6210-3216 was two minor scratches to the right rear bumper. Unit 281 responded to the scene to complete the waiver form. Unit 231 responded and agreed to the waiver because there was no damage to Officer Johnson's vehicle and only minor scratches to the rear bumper of the patrol vehicle. The patrol vehicle was taken to the city body shop where the scratches were repaired with touch-up paint. Units 231 and PD27 were notified. CPLDKC

**ROBBERY OF A PERSON**

On Wednesday, 30 March 2005 at 1825 hours, Unit 211 (Smith/Davis) responded to 335 Arthur Street on a robbery of a person. Upon arrival, the Unit made contact with the victim, 27 y/o W/M Christopher Neri of 335 Arthur Street, who stated that while at 327 Apartment B Arthur Street that an unknown B/M adult knocked on the door. When the resident, 20 y/o W/M Jeremy Hudden, answered the door, the B/M forced his way inside the apartment holding a silver handgun and demanded money. Mr. Hudden had no money on his person so the suspect demanded money from Mr. Neri. The suspect stole $2,200.00 in cash, a cell phone, and assorted personal papers from the second victim, Neri. The suspect fled the scene on foot in an

unknown direction. There were no injuries to either victim during the offense. The suspect was described as a B/M 5'10 in height weighing 170 pounds wearing blue jeans, black shirt and a grey hat. Units 234, 443 (Hall) and 444 (Rucker) responded to the scene. Unit 211 completed an offense report for the victims. Units 231, 225 and PD27 were notified. CPLDKC

## THIRD SHIFT

**CAPIAS WARRANTS PROCESSED:**
**STOLEN VEHICLES RECOVERED:**
**NOISE ORDINANCE VIOLATION:**

### BUSINESS BURGLARY/VEHICLE PURSUIT/SUSPECTS IN CUSTODY

On Thursday, March 31, 2005, at 2358 hours Unit 306(Calhoun) responded to Arnaud's Quality Meats at 425 N. Eastern Boulevard in reference to a business alarm. Unit 150 (M.D. Gordon) was the first unit on the scene. He observed a subject enter a 1990 blue Lincoln Town Car (AL# 3B4075N) and quickly leave the scene. He responded to the business and found the north side window open. He then returned to his vehicle to assist Unit 150 in stopping the suspect vehicle. Unit 306 fell in behind the vehicle on Wares Ferry Road at Northwestern Drive. He activated his emergency equipment and attempted to stop the vehicle. The vehicle refused to stop. He then followed the vehicle west on Wares Ferry Road at speeds up to fifty miles per hour. The vehicle turned right onto Dalraida Road travelling north. The vehicle then turned left onto Pelzer Avenue. The speeds reached fifty miles per hour. The vehicle went into the "S" curve at Wareingwood Drive and lost control and went through a privacy fence belonging to W/M Kenneth Hurbert, age 50, of 219 Wareingwood Drive. The subjects bailed from the vehicle and ran south along the ditch line at the 400 block of Coliseum Boulevard. Unit 304 (Fitzpatrick/Dunn) captured B/M Morrell McBride, age 26, of 4194 Airport Road in Millbrook in the 200 block on Wareingwood Drive. A short time later, K-9 Unit 142 (Cpl. Mora/K-9 Greg) took into custody B/M Chad Hogan, age 25, of 1338 Karen Valley Place. Calhoun located a Halloween mask and a Taurus 9mm inside the vehicle. The suspects were taken into custody, transported to the Detective Division and turned over to Unit 428 (Officer Pelham). Units 335 (Cpl. Roberts), 331 (Sgt. Johnson), 325 (Lt. Gracie), and PD28 (Capt. McCall) responded to the scene.SgtEJ

### UPDATE ENTRY: BUSINESS BURGLARY/K-9 APREHENSION

In reference to the above entry Unit 150(Gordon/"Osko") responded to 425 N.Eastern Boulevard, Arnaud's Quality Meats, to assist Patrol on a business alarm. Gordon arrived and observed a black male subject by an open window of the business. This subject then got into a 1990 blue Lincoln Town Car AL/3b4075N which was occupied by 3 other B/M's and fled the scene. Unit 150 stopped the vehicle at the Sunshine Mobile Home Park and as he exited his vehicle the

subjects sped off. Unit 150 continued to follow the vehicle and requested a marked patrol unit to assist in stopping the vehicle. Unit 306(Calhoun) located the vehicle and initiated his emergency equipment at which time the vehicle refused to stop and a short pursuit ensued. The vehicle wrecked in the 200 block of Wareingwood Drive and the occupants bailed along the drainage ditch. Units 140 (Caulfield), 142 (Mora/"Greg"), 144 (Mara/"Boss"), 147 (Magnus/"Bodi"), 148 (Reeves/"Ceno") and 150 began to search the area along the ditch line. Unit 142 and 140 were tracking south along the ditch when they saw a B/M grey shirt and dark pants hiding behind 107 Wareingwood. A K-9 warning to surrender was issued and the subject fled. K-9 "Greg" was deployed to apprehend the subject. The subject was taken into custody in the back yard of 101 Wareingwood Drive and received minor injuries to his left hip, right forearm, and left hand. The subject, Chad Lamar Hogan B/M age 25 of 1338 Karen Valley Place, was transported to the Detective Division and turned over to unit 428 (Pelham) and was charged with Burglary 3rd degree. Medic Unit 90 treated Hogan for his injuries and advised Hogan needed to go to the E.R. to receive a tetanus shot.CPLCAM

**\*ADDITIONAL UPDATE/K-9\***

In reference to the above entries, at 0200 hours Unit 144 (Mara/"Boss") were in the area of Pelzer Avenue and Wareingwood Drive looking for the additional suspects. Unit 144 located a B/M, Courtney Maurice Smith age 26 of 1236 Hutchinson Street hiding in the ditch behind 127 Wareingwood Drive. Unit 140 (Caulfield) and 326 (Wilhoit) were notified and responded to the area. Engine 13 had to be called to the scene to assist in removing the subject from the ditch due to the heavy rain and flooding. The subject was transported to the Detective Division and turned over to unit 428 (Pelham).CPLCAM