IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-687-WKW |
| | ) |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**REPLY OF DEFENDANTS, CITY OF MONTGOMERY,
A.D. BAYLOR AND J.C. WEST TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendants, City of Montgomery, A.D. Baylor and J.C. West, adopt and incorporate the Reply to Plaintiff's Response to for Summary Judgment submitted by Defendants W.W. Caulfield, J.M. Gordon and Ronald Cook. Additionally, Defendants City of Montgomery, Baylor and West submit the following:

1. All Defendants filed a Motion for Summary Judgment on July 14, 2006.

2. On August 22, 2006, Plaintiff only filed a response in opposition to the Motion for Summary Judgment filed by Defendants Caulfield, Cook & Gordon.

3. There was no response filed by Plaintiff in opposition to the Motion for Summary Judgment submitted by Defendants City of Montgomery, A. D. Baylor and J.C. West. Therefore Defendants are entitled to summary judgment and dismissal of all claims against them.

Respectfully submitted this 29th day of August, 2006.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)

OF COUNSEL:

City of Montgomery
City Attorney's Office
P. O. Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 241-2050
Facsimile: (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy in the United States mail, postage prepaid and properly addressed or electronic email, on this the 29th day of August, 2006.

Andy Nelms, Esq.
*Law Offices of Jay Lewis, LLC*
Suite 100
847 S. McDonough
Montgomery, AL 36104

H. Lewis Gillis, Esq.
Christopher K. Whitehead, Esq.
Hon. Ramadanah M. Salaam
*Thomas, Means, Gillis & Seay, P.C.*
P.O. Box 5058
Montgomery, Alabama 36103

/s/ Kimberly O. Fehl
OF COUNSEL

Case 2:05-cv-00687-WKW-VPM    Document 47    Filed 08/29/2006    Page 3 of 3