IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, * | |
|    Plaintiff, * | |
| * | |
|    v. * | Case No. 2:05-cv-687-WKW-VPM |
| * | |
| CITY OF MONTGOMERY, et al., * | |
|    Defendants. * | |

## MOTION TO DISMISS DEFENDANTS CITY OF MONTGOMERY, WEST AND BAYLOR

COMES NOW the Plaintiff Chad Hogan moving this Honorable Court to dismiss with prejudice defendants City of Montgomery, Chief Art Baylor and J.C. West. The Plaintiff has discussed this motion with counsel for these defendants, she offers no objection. Each party to bear their respective costs.

RESPECTFULLY submitted this the _6th__ day of September, 2006.

s/ANDY NELMS
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __6th__ day of September, 2006.

Christopher Whitehead
Lewis Gillis
Ramadanah Maryum Salaam

P.O. Drawer 5058
Montgomery, AL 361035058

Kim O. Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

                                              /s/ Andy Nelms
                                              Andy Nelms
                                              Attorney for Plaintiff
                                              LAW OFFICES OF JAY LEWIS, LLC
                                              P.O. Box 5059
                                              Montgomery, Alabama, 36104
                                              334-263-7733 (voice)
                                              334-263-7733 (fax)
                                              AndyNelms@jaylewislaw.com
                                              ASB-6972-E63K