IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHAD HOGAN,                          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CASE NO. 2:05-cv-687-WKW
                                     )
CITY OF MONTGOMERY, *et al.,*        )
                                     )
        Defendants.                  )

## **ORDER**

Upon consideration of the Motion to Dismiss Defendants City of Montgomery, West and Baylor (Doc. # 49) filed by the plaintiff on September 6, 2006, it is hereby

ORDERED that the motion is GRANTED.  Accordingly, Plaintiff's claims against Defendants City of Montgomery, A.D. Baylor and J.C. West are DISMISSED WITH PREJUDICE and said defendants are hereby DISMISSED from this action.

It is further ORDERED that the Motion for Summary Judgment of Defendants City of Montgomery, A.D. Baylor and J.C. West (Doc. # 38) is DENIED as moot.

DONE this 7th day of September, 2006.


        _____/s/  W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE