IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHAD HOGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No:. 2:05CV687** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF MONTGOMERY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS COOK, CAULFIELD AND GORDON'S EXHIBIT LIST

**COME NOW**, Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon") in the above-styled cause, and submit the following list of exhibits to be offered at the trial of this matter.

1. Incident Report dated 4-4-05

2. Property Inventory Report filed subsequent to the arrest of Chad Hogan

3. Alabama Uniform Incident Report regarding arrest of Chad Hogan

4. Voluntary Statement of Anthony Arnaud dated July 14, 2005

5. Affidavit of Anthony Arnaud dated 3-31-05 used to secure arrest warrant

6. District Court Complaint filed against Chad Hogan

7. Warrant of Arrest filed against Chad Hogan

8. Daily patrol summary dated 3-31-05

9. Verified Claim against City of Montgomery filed by Kirk Pelham

10. Letter from Andy Nelms, counsel for Chad Hogan, regarding his representation of Kirk Pelham.

11. Sworn Interrogatory Responses of Chad Hogan

12. Deposition Transcript of Kirk Pelham

13. Deposition Transcript of Chad Hogan

14. Taped phone message to Lt. Fleming from Kirk Pelham

15. Taped telephone conversation between Lt. C.D. Phillips and Kirk Pelham wherein Pelham informs Phillips of the allegations regarding Scott Seithalil.

16. Montgomery Police Department security/surveillance photos of Kirk Pelham, Scott Seithalil, and Chris Gruhn taken at the department at the time of the alleged assault.

17. Any and all exhibits listed by any other Defendant

18. Any and all exhibits listed by the Plaintiffs

19. Any and all exhibits attached to each and every pleading filed by the Defendants in this case

20. Any and all newly discovered documents which are relevant to any claim or defense in this case

21. Any and all documents received pursuant to subpoena

22. Any and all exhibits necessary for rebuttal purposes

23. Any and all enlargements necessary for the exhibits listed above

24. Any and all documents which might refute or rebut the testimony of any expert witnesses called by the defendants.

Respectfully Submitted,

/s/ Christopher K. Whitehead
**H. LEWIS GILLIS (GIL001)**
**CHRISTOPHER K. WHITEHEAD (WHI105)1**
**RAMADANAH M. SALAAM (SAL026)**
**Attorneys for Defendants Cook, Caulfield, Gordon, and Seithalil**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 3rd day of October, 2006.

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
**Law Offices of Jay Lewis, LLC**
P.O. Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321

/s/ Christopher K. Whitehead
**OF COUNSEL**