IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:. 2:05CV687 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MONTGOMERY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS COOK, CAULFIELD AND GORDON'S WITNESS LIST

**COME NOW**, Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon") in the above-styled cause, and submit the following list of witnesses to be called at the trial of this matter.

### WILL CALL

1. William Caulfield
   Montgomery Police Department
   c/o H. Lewis Gillis
   Thomas, Means, Gillis & Seay, P.C.
   3121 Zelda Court
   Montgomery, Alabama 36106

2. Ronald Cook
   Montgomery Police Department
   c/o H. Lewis Gillis
   Thomas, Means, Gillis & Seay, P.C.
   3121 Zelda Court
   Montgomery, Alabama 36106

3. M.D. Gordon
   Montgomery Police Department
   c/o H. Lewis Gillis
   Thomas, Means, Gillis & Seay, P.C.

      3121 Zelda Court
      Montgomery, Alabama 36106

4.     Chad Hogan
      c/o Andy Nelms, Esq.
      The Law Offices of Jay Lewis
      P.O. Box 5059
      Montgomery, Alabama 36103

5.     Leonard Kirk Pelham
      c/o Roianne Conner, Esq.
      250 Winton Blount Loop
      Montgomery, Alabama 36117

6.     C.H. Forbus
      Montgomery County Office of Probation
      350 Adams Avenue
      Montgomery, Alabama 36130

7.     Mr. Anthony Arnaud
      c/o James G. Bodin
      McPhillips Shinbaum, LLP
      516 S. Perry Street
      Montgomery, Alabama 36104

**MAY CALL**

8.     Chief Art Baylor
      Montgomery Police Department
      c/o Kim Fehl
      Montgomery City Attorney's Office
      103 N. Perry Street
      Montgomery, Alabama 36104

9.     Major J.C. West
      Montgomery Police Department
      c/o Kim Fehl
      Montgomery City Attorney's Office
      103 N. Perry Street
      Montgomery, Alabama 36104

10.    Scott Seithalil
      Montgomery Police Department

   c/o H. Lewis Gillis
   Thomas, Means, Gillis & Seay, P.C.
   3121 Zelda Court
   Montgomery, Alabama 36106

11.  All individuals named in all other Parties' Witness Lists

12.  Any witnesses need for rebuttal.

13.  Expert witnesses which may later be identified.

14.  Defendants reserve the right to supplement this list as necessary.

   Respectfully Submitted,


   /s/   Christopher K. Whitehead
   **H. LEWIS GILLIS (GIL001)**
   **CHRISTOPHER K. WHITEHEAD (WHI105)**
   **RAMADANAH M. SALAAM (SAL026)**
   **Attorneys for Defendants Cook, Caulfield, and Gordon**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 3RD day of October, 2006.

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
**Law Offices of Jay Lewis, LLC**
P.O. Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

/s/ Christopher K. Whitehead
**OF COUNSEL**