IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAD HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:. 2:05CV687 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MONTGOMERY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS COOK, CAULFIELD AND GORDON'S
SUPPLEMENTAL EXHIBIT LIST**

**COME NOW**, Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon") in the above-styled cause, and submit the following supplement to the list of exhibits to be offered at the trial of this matter.

1. Photos of Arnaud's Quality Meats and surrounding area and parking lot.

Respectfully Submitted,

  /s/ Christopher K. Whitehead
**H. LEWIS GILLIS (GIL001)
CHRISTOPHER K. WHITEHEAD (WHI105)1
RAMADANAH M. SALAAM (SAL026)
Attorneys for Defendants Cook, Caulfield, Gordon, and Seithalil**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 12th day of October, 2006.

| | |
|---|---|
| Jay Lewis, Esq.<br>Keith Anderson Nelms, Esq.<br>**Law Offices of Jay Lewis, LLC**<br>P.O. Box 5059<br>Montgomery, AL 36103-5059<br>334-263-7733<br>Fax: 334-832-4390 | James G. Bodin, Jr., Esq.<br>**McPhillips, Shinbaum L.L.P.**<br>P.O. Box 64<br>Montgomery, AL 36101-0064<br>(334) 262-1911<br>(334) 263-2321 |
| Walter Byars, Esq.<br>Kimberly O. Fehl, Esq.<br>**Montgomery City Attorney's Office**<br>P.O. Box 1111<br>Montgomery, AL 36101-1111<br>334-241-2050<br>Fax: 334-241-2310 | /s/ Christopher K. Whitehead<br>**OF COUNSEL** |