**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHAD HOGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No:. 2:05CV687 |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF MONTGOMERY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS COOK, CAULFIELD AND GORDON'S SUPPLEMENTAL WITNESS LIST

**COME NOW**, Defendants Lieutenant Ronald Cook ("Cook"), Lieutenant William Caulfield ("Caulfield") and Canine Officer M.D. Gordon ("Gordon") in the above-styled cause, and submit the following supplement to the list of witnesses previously named to be called at the trial of this matter.

**WILL CALL**

1.  Mario Martez Taylor
    Montgomery County Detention Facility
    250 S. McDonough Street
    Montgomery, AL. 36104

Respectfully Submitted,

/s/   Christopher K. Whitehead
**H. LEWIS GILLIS (GIL001)**
**CHRISTOPHER K. WHITEHEAD (WHI105)**
**RAMADANAH M. SALAAM (SAL026)**
**Attorneys for Defendants Cook, Caulfield, and Gordon**

1

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103
(334) 270-1033 (phone)
(334) 260-9396 (fax)


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following through this Court's electronic filing/notification system and United States mail on this the 12th day of October, 2006.

Jay Lewis, Esq.
Keith Anderson Nelms, Esq.
**Law Offices of Jay Lewis, LLC**
P.O. Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390

Walter Byars, Esq.
Kimberly O. Fehl, Esq.
**Montgomery City Attorney's Office**
P.O. Box 1111
Montgomery, AL 36101-1111
334-241-2050
Fax: 334-241-2310

James G. Bodin, Jr., Esq.
**McPhillips, Shinbaum L.L.P.**
P.O. Box 64
Montgomery, AL 36101-0064
(334) 262-1911
(334) 263-2321

/s/ Christopher K. Whitehead
**OF COUNSEL**