IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HOGAN, * | |
|    Plaintiff, * | |
| * | |
| v. * | Case No. 2:05-cv-687-WKW-VPM |
| * | |
| CITY OF MONTGOMERY, et al., * | |
|    Defendants. * | |

## PLAINTIFFS' REQUESTED VOIR DIRE QUESTIONS

**COMES NOW** Plaintiff to submit the proposed voir dire questions, and would request that the court inquire of the venire in accordance therewith.

1. Does any member know Christopher Whitehead, Lewis Gillis, Ramadanah Maryum Salaam or any lawyer or support person who is employed by the law firm of Thomas, Means, Gillis and Seay, a Montgomery law firm?

2. Does any member know Walter Byars, Kimberly Fehl, or any other person employed by the City of Montgomery legal department?

3. Does any member know either Jay Lewis, Andy Nelms, or any employee of the Law Offices of Jay Lewis, a Montgomery firm?

4. Is any member related to any person who works in the legal profession, either as a lawyer, paralegal, or any other employee of a law firm?

5. Have you or has any member of your family ever been employed by the City of Montgomery, if so when and in what capacity?

6. Have you or has any member of your family ever been employed by any law enforcement agency including the Montgomery Police Department, Montgomery County Sheriff's Office or any other agency or organization that deals with law enforcement?

7. Are you related to any law enforcement officer, regardless of the branch of government for which he works?

8. Are you acquainted with any employee of the Montgomery Police Department?

9. Are you acquainted with any employee of the Montgomery County Sheriff's Department?

10. Does any member of the venire feel that a law enforcement officer is more likely to be telling the truth on the stand than an ordinary citizen, if their accounts of the same events differ? (Follow up with positive responses).

11. If two witnesses contradict each other and one is a law enforcement officer, are there any of you who are more likely to believe the law enforcement officer than the civilian witness? (Follow up with positive responses).

12. Does any member of the venire believe that police officers would never fabricate a story or file a false report in order to cover up or justifying wrongdoing?

13. Whose feelings about police officers in general have changed since September 11th, 2001? (Follow up with positive responses).

12. Who among you feels that this country grants its citizens too many civil liberties? Do you agree those liberties need to be more restricted or limited? (Follow up with positive responses).

13. Have you ever been the victim of a crime?

14. Have you ever had a relative or close friend arrested?

15. Does any member of the venire know any of the following persons who may testify in this trial?

A. William Caulfield, a Montgomery police officer.

B.    Ronald Cook, a Montgomery police officer.

C.    M.D. Gordon, a Montgomery police officer.

D.    Art Baylor, Montgomery police chief.

E.    J.C. West, a Montgomery police officer.

F.    Scott Seithalil, a Montgomery police officer.

G.    Kirk Pelham, a former Montgomery police officer.

H.    C.H. Forbus, a Montgomery County Probation Officer.

I.    Anthony Arnaud, owner of Arnaud's fine meats.

J.    J.C. Dunn.

K.    T.R. Fike.

L.    N.B. Fitzpatrick.

M.    R.C. King.

N.    F.E. Koscho.

O.    C.A. Mora.

P.    Christopher McBride.

Q.    Courtney Maurice Smith.

R.    Kevin Byrd.

S.    Scott Thompkins.

T.    Danielle Hogan.

U.    Guy Nauquin.

V.    Jeff Walker.

W.    Jeff Davis.

    X.    Chris Gruhn.

    Y.    Pervis Fleming.

    Z.    Michael Trotter.

    AA.    Renee Dodson.

    BB.    Mario Martez Taylor.

    CC.    Chad Hogan, the Plaintiff in this case.

15. Does any member of the venire work for an insurance company; if so, in what capacity?

16. Is there anyone who would find it difficult to render a verdict against a police officer or would he or she hate to award money damages against a police officer?

17. Is there anyone who would find it difficult to render a verdict against a city or would hesitate to award money damages against a city?

21. Is there any member of the venire who is simply opposed to filing lawsuits?

22. Does any member of the venire feel that too many lawsuits are filed?

23. Is any member of the venire a member of any organization that seeks to limit either lawsuits or damages awarded? Are you a supporter of any such organization?

24. Does any member of the venire believe that the jury system is "out of control" or that the right of a plaintiff to a trial by jury should be limited?

25. Is there any member who feels that a person should not be able to come to court if he feels his rights under the laws of the United States have been violated?

26. Does any member feel that, if he serves, he will not be able to render a fair verdict because of the issues or the people involved in this case?

27. Is there any member of the venire who, for any other reason not addressed, feels that he or

she will be unable to serve as a juror in this case?

28. Is there anyone who would like to answer any of the questions that I've asked you, but who would prefer to do so in private?

RESPECTFULLY SUBMITTED, this __23rd__ day of October, 2006.

/s/ JAY LEWIS
Jay Lewis
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing to counsel of record listed below by filing the same with the Clerk of the Court via CM/ECF which will send a copy to the following on this the __23rd__ day of October, 2006.

Christopher Whitehead
Lewis Gillis
Ramadanah Maryum Salaam
P.O. Drawer 5058
Montgomery, AL 361035058

Kim O. Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

/s/ JAY LEWIS
Jay Lewis
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff