AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

Chad Hogan

## BILL OF COSTS

V.

City of Montgomery, et. al.   *Case Number:* **CV-05-687**

Judgment having been entered in the above entitled action on <u>10/26/06</u> against the Plaintiff, the clerk is requested to tax the following as costs against the Plaintiff on behalf of Defendants Wilson, Johnson, Gordon, Mitchell, Gant, and Coker:

| | |
|---|---|
| Fees of the Clerk............................................................................................................... $ | _____ |
| Fees of service of summons and subpoena........................................................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.... | 1,073.90_____ |
| Fees and disbursements for printing....................................................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ........................................................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............... | 971.00     _____ |
| Docket Fees under 28 U.S.C. 1923 ........................................................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals.................................................................... | _____ |
| Compensation of court-appointed experts ............................................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828.......... | _____ |
| Other costs (please itemize) . . . . ........................................................................................... | _784.29_____ |
| TOTAL                                                                                                                $ | _2,829.19_____ |

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

### *DECLARATION*

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

    Jay Lewis, Esq.
    Keith Anderson Nelms, Esq.
    **Law Offices of Jay Lewis, LLC**
    P.O. Box 5059
    Montgomery, AL 36103-5059

    334-263-7733
    Fax: 334-832-4390

Signature of Attorney:    */s/ Christopher K. Whitehead*

For: **Defendants Cook, Caulfield, and Gordon**    Date: *November 28, 2006*

Costs are taxed in the amount of a _____ and included in the judgement.

_____   By: _____    _____
        Clerk of Court                                      Deputy Clerk                   Date