# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Component: .MIL** | | | | | | |
| 6/28/2006 | LH | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Mileage to Arnov meat Store | .MIL | 16.00 | 0.48 | 7.68 |
| | | | Component: .MIL | 16.00 | | 7.68 |
| **Component: COU** | | | | | | |
| 10/27/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Dunn, King & Associates, L.L.C./Cook; Deposition of Kirk Pelham | COU | 1.00 | 488.90 | 488.90 |
| | | | Component: COU | 1.00 | | 488.90 |
| **Component: DEP** | | | | | | |
| 3/16/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Pruitt & Davis, L.L.C./Cook; Deposition of Art Baylor | DEP | 1.00 | 142.90 | 142.90 |
| 3/16/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Pruitt & Davis, L.L.C./Cook; deposition of M.D. Gordon, Ron Cook, Billy Caulfoeld | DEP | 1.00 | 360.35 | 360.35 |
| 3/16/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Pruitt & Davis, L.L.C./Cook; deposition of Anthony Arnaud | DEP | 1.00 | 125.55 | 125.55 |
| 5/8/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Sharon Meehan, Court Reporter: Deposition of Chad Hogan | DEP | 1.00 | 445.10 | 445.10 |
| | | | Component: DEP | 4.00 | | 1,073.90 |
| **Component: FAC** | | | | | | |
| 8/30/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 8.00 | 1.50 | 12.00 |
| 9/30/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 6.00 | 1.50 | 9.00 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/11/2005 | HLG | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 10.00 | 1.50 | 15.00 |
| 10/11/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 2.00 | 1.50 | 3.00 |
| 2/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 6.00 | 1.50 | 9.00 |
| 3/20/2006 | CKW | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 12.00 | 1.50 | 18.00 |
| 3/20/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 6.00 | 1.50 | 9.00 |
| 3/27/2006 | CKW | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 2.00 | 1.50 | 3.00 |
| 3/27/2006 | CKW | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Facsimile Charges | FAC | 1.00 | 1.50 | 1.50 |
| | | | Component: FAC | 53.00 | | 79.50 |

**Component: POS**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/19/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.74 | 0.74 |
| 9/19/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 1.48 | 1.48 |
| 10/20/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 1.80 | 1.80 |
| 10/27/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 1.11 | 1.11 |
| 11/2/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 3.33 | 3.33 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 12/14/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 11.55 | 11.55 |
| 3/10/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.39 | 0.39 |
| 3/20/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.37 | 0.37 |
| 3/27/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 6.00 | 0.39 | 2.34 |
| 4/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.39 | 0.39 |
| 7/17/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.39 | 0.39 |
| 7/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.39 | 0.39 |
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 3.00 | 0.39 | 1.17 |
| 10/11/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 5.00 | 0.39 | 1.95 |
| 10/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Postage | POS | 1.00 | 0.39 | 0.39 |
| | | | Component: POS | 26.00 | | 27.79 |

**Component: TRA**

| 7/7/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Camille L. Edwards, Esq./Cook; travel to Mtgy on 7/7/06 | TRA | 1.00 | 90.21 | 90.21 |
| 9/22/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Camille L. Edwards, Esq./MCC; travel to Mtgy on | TRA | 1.00 | 90.21 | 90.21 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | 9/23/06 | | | | |
| | | | Component: TRA | 2.00 | | 180.42 |

**Component: Xer**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/30/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 163.00 | 0.25 | 40.75 |
| 9/19/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 2.00 | 0.25 | 0.50 |
| 9/21/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 12.00 | 0.25 | 3.00 |
| 9/21/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 2.00 | 0.25 | 0.50 |
| 9/21/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 5.00 | 0.25 | 1.25 |
| 9/27/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 2.00 | 0.25 | 0.50 |
| 9/30/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 36.00 | 0.25 | 9.00 |
| 10/3/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 52.00 | 0.25 | 13.00 |
| 10/3/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 3.00 | 0.25 | 0.75 |
| 10/3/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 19.00 | 0.25 | 4.75 |
| 10/19/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 6.00 | 0.25 | 1.50 |
| 10/20/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 28.00 | 0.25 | 7.00 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/21/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 14.00 | 0.25 | 3.50 |
| 10/27/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 15.00 | 0.25 | 3.75 |
| 10/28/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 14.00 | 0.25 | 3.50 |
| 10/28/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 21.00 | 0.25 | 5.25 |
| 11/2/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 11/8/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 2.00 | 0.25 | 0.50 |
| 11/15/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 46.00 | 0.25 | 11.50 |
| 11/22/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 22.00 | 0.25 | 5.50 |
| 11/30/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 73.00 | 0.25 | 18.25 |
| 12/14/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 125.00 | 0.25 | 31.25 |
| 12/14/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 74.00 | 0.25 | 18.50 |
| 12/14/2005 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 94.00 | 0.25 | 23.50 |
| 1/25/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 2/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 2/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 112.00 | 0.25 | 28.00 |
| 3/3/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 3/3/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 88.00 | 0.25 | 22.00 |
| 3/10/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 3/20/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 3/20/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 3/20/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 3/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 3/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 3/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 3/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 4/11/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 5/2/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 5/4/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 6/19/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 6/22/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 6/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 6/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 6/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 17.00 | 0.25 | 4.25 |
| 7/12/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 7/14/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 7/14/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 7/17/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 7/17/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 7/17/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 7/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 7/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 8/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/21/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/22/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/22/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/22/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 23.00 | 0.25 | 5.75 |
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/23/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 8/24/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/24/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/28/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/29/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/30/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 8/31/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 8/31/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/31/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 8/31/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/1/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/6/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/6/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/7/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/7/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/7/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/8/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 9/8/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 75.00 | 0.25 | 18.75 |

# Transactions Listing

matter id = '3236-016'and not(component = 'wl') and no fees

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/11/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/11/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 9/12/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 25.00 | 0.25 | 6.25 |
| 10/3/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 21.00 | 0.25 | 5.25 |
| 10/4/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 10/11/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.25 | 0.25 |
| 10/24/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 10/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 50.00 | 0.25 | 12.50 |
| 10/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 23.00 | 0.25 | 5.75 |
| 10/26/2006 | | 3236-016 / City of Montgomery<br>Hogan, Chad<br>Xerox Charges | Xer | 1.00 | 0.00 | 0.00 |
| | | | Component: Xer | 3,885.00 | | 971.00 |
| | | | Grand Total | 3,987.00 | | 2,829.19 |